# EXHIBIT 9

# U.S. Patent No. 7,067,944

Claims 9 & 11
Toyota / Aisin Large Pump
Toyota P/N 161A0-39025
Aisin P/N WPT-191

| 9. A motor comprising: | The Toyota / Aisin Water Pump (the "Aisin Pump") has a Toyota part number 161A0-39025 and Aisin part number WPT-191: |
|---|---|



20160808_084936.jpg

| O.E. Part # | Manufacturer | AISIN Part # |
|---|---|---|
| 16120-49046 | Toyota | WPT-065 |
| 16120-49055 | Toyota | WPT-065 |
| 16120-49065 | Toyota | WPT-084 |
| 16120-49080 | Toyota | WPT-084 |
| 161A0-29015 | Toyota | WPT-190 |
| 161A0-39015 | Toyota | WPT-190 |
| 161A0-39025 | Toyota | WPT-191 |

Aisin Cooling Catalog 2016.pdf at 145 (hereinafter "Aisin Cooling Catalog"), *available at* http://aisinaftermarket.com/FlipBook/CoolingCatalog/mobile/index.html (downloaded Dec. 6, 2016)

The Aisin Pump is marked with both the Toyota and Aisin logos:

U.S. Patent No. 7,087,944: Claim 9
"9. A motor comprising:"



20160808_085239.jpg

The Aisin Pump is a water pump and is believed to be installed in the following 2016 Toyota models:

- 2016 Toyota Avalon Hybrid Limited 2.5L L4 - Electric/Gas

U.S. Patent No. 7,067,944: Claim 9
"9. A motor comprising:"



http://images.autotrader.com/scaler/620/420/cms/images/cars/toyota/camry/2016/2016toyotacamryvsavalon/248579.jpg

- 2016 Toyota Camry Hybrid XLE 2.5L L4 - Electric/Gas



http://pictures.dealer.com/d/dchoxnardtoyota/0957/2ca73fe22fe9f052eccf8e3c32eb32a8x.jpg

- 2016 Toyota Camry Hybrid LE 2.5L L4 - Electric/Gas

U.S. Patent No. 7,067,944: Claim 9
"9. A motor comprising:"



http://research.wheelertoyota.com/uimages/vehicle/1407488/full/2016-Toyota-Camry-Hybrid-LE-4T1BD1FKXGU183918-8715.jpeg

- 2016 Toyota Camry Hybrid SE 2.5L L4 - Electric/Gas



http://assets.nydailynews.com/polopoly_fs/1.2347837.1441309745!/img/httpImage/image.jpg_gen/derivatives/article_815_544/nydn-bg-2016-toyota-camry-se-hybrid-photo.jpg

*See also* http://parts.olathetoyota.com/oe-toyota/161a039025 (accessed December 12, 2016).

The Aisin Pump is made in Japan:



20160808_084959.jpg
The Aisin Pump is an electric pump assembly, as indicated on the packaging label directly above and as listed below on the purchase receipt.

U.S. Patent No. 7,067,944: Claim 9
"9. A motor comprising:"



20160808_084505.jpg

As shown in greater below with respect to the other limitations of claim 1, the Aisin Pump is an electric motor having a stator and a rotor, where the stator is designed to cause the rotor to rotate during operation.

U.S. Patent No. 7,087,944: Claim 9
"9. A motor comprising:"



20160808_103755.jpg



20160808_103856.jpg

U.S. Patent No. 7,067,944: Claim 9
"a) a core;"

| a) a core; | The Pump comprises a core. |
|---|---|
| | For example, the motor of the Pump has steel laminations that surround the rotor, which are arranged together in a circular shape to form a core, as shown below.<br><br><br><br>*See* 20160816_144503.jpg |

| b) at least one magnet spaced from the core; and | The Pump comprises at least one magnet spaced from the core. |
| --- | --- |
| | For example, the Pump includes a core, which is comprised of steel laminations that surround the rotor in a circular shape, as shown below.<br><br><br><br>*See* 20160816_144503.jpg<br><br>The core is comprised of at least one magnet.  For example, the core of the Pump includes at least one magnet.  The at least one magnet is spaced from the core |

U.S. Patent No. 7,067,944: Claim 9
"b) at least one magnet spaced from the core; and"



*See* 20160816_144126.jpg

U.S. Patent No. 7,067,944: Claim 9

"c) a thermoplastic material substantially encapsulating the at least one magnet and filling in the space between the at least one magnet and the core such that the at least one magnet and the core are rigidly fixed together."

| c) a thermoplastic material substantially encapsulating the at least one magnet and filling in the space between the at least one magnet and the core such that the at least one magnet and the core are rigidly fixed together. | The Pump comprises a thermoplastic material substantially encapsulating the at least one magnet and filling in the space between the at least one magnet and the core such that the at least one magnet and the core are rigidly fixed together. For example, the Pump has steel laminations that surround the rotor, which are arranged together in a circular shape to form a core, as shown below.  *See* 20160816_144503.jpg |

U.S. Patent No. 7,067,944: Claim 9

"c) a thermoplastic material substantially encapsulating the at least one magnet and filling in the space between the at least one magnet and the core such that the at least one magnet and the core are rigidly fixed together."

The Pump includes a thermoplastic material substantially encapsulating at least one magnet and filling the space between the at least one magnet and the core such that the at least one magnet and the core are rigidly fixed together, as shown below.



*See* 20160816_144126.jpg

U.S. Patent No. 7,007,944: Claim 11
"11. A motor comprising:"

| 11. A motor comprising: | The Pump comprises a motor, as shown below. |
|---|---|
| |  *See* 20160808_103755.jpg  *See* 20160808_103856.jpg |

The Pump has Toyota part number 161A0-39025:



20160808_084959.jpg

The Pump is an Electric Water Pump.  The Pump is an electric motor having a stator and a rotor, where the stator is designed to cause the rotor to rotate during operation, as shown below.



*See* 20160816_141734.jpg

U.S. Patent No. 7,007,944. Claim 11

"11. A motor comprising:"



*See* 20160808_103755.jpg



*See* 20160808_103856.jpg

U.S. Patent No. 7,067,944. Claim 1
"a) at least one conductor;"

| a) at least one conductor; | The Pump comprises at least one conductor.<br><br>For example, the Pump includes at least one conductor, as shown below.<br><br><br><br>*See* 20160816_141734.jpg |
| --- | --- |

U.S. Patent No. 7,067,944. Claim 1
"b) at least one magnet forming at least one pole; and"

| b) at least one magnet forming at least one pole; and | The Pump comprises at least one magnet forming at least one pole. |
| --- | --- |
| | For example, the Pump includes at least one magnet forming at least one pole, as shown below. |
| |  |
| | *See* 20160816_144126.jpg |

| c) a thermoplastic material substantially encapsulating the at least one magnet and locating and precisely positioning the at least one magnet with respect to the at least one conductor during motor operation. | The Pump comprises a thermoplastic material substantially encapsulating the at least one magnet and locating and precisely positioning the at least one magnet with respect to the at least one conductor during motor operation. |
|---|---|

For example, the Pump includes a thermoplastic material substantially encapsulating the at least one magnet and precisely positioning the at least one magnet with respect to the at least one conductor during motor operation, as shown below.



*See* 20160816_144126.jpg