# EXHIBIT 10

# U.S. Patent No. 7,067,944

Claim 3

Toyota / Aisin Large Pump

Toyota P/N 161A0-39035

U.S. Patent No. 7,067,944: Claim 3
"3. A motor comprising:"

| 3. A motor comprising: | The Toyota / Aisin Water Pump (the "Aisin Pump") has Toyota part number 161A0-39035:<br><br><br>20160808_101959.jpg |
|---|---|

U.S. Patent No. 7,067,944: Claim 3
"3. A motor comprising:"

The Aisin Pump is marked with the Aisin logo.



20160808_102609.jpg

U.S. Patent No. 7,067,944: Claim 3

"3. A motor comprising:"

The Aisin Pump is a water pump and is believed to be installed in the following 2016 Toyota models:

- 2016 Toyota Prius Four Touring 1.8L L4 - Electric/Gas



http://st.automobilemag.com/uploads/sites/11/2015/11/2016-Toyota-Prius-Four-Touring-front-three-quarter-01.jpg

- 2016 Toyota Prius Three Touring 1.8L L4 - Electric/Gas



http://o.aolcdn.com/dims-global/dims3/GLOB/resize/708x398/quality/60/http://o.aolcdn.com/commerce/autodata/images/USC60TOC161D022000.jpg

- 2016 Toyota Prius Two Eco 1.8L L4 - Electric/Gas

U.S. Patent No. 7,067,944: Claim 3
"3. A motor comprising:"



http://media.caranddriver.com/images/media/51/2016-toyota-prius-two-eco-inline5-photo-666564-s-original.jpg

- 2016 Toyota Prius Two 1.8L L4 - Electric/Gas



http://media.caranddriver.com/images/media/51/2016-toyota-prius-two-eco-inline5-photo-666564-s-original.jpg

- 2016 Toyota Prius Four 1.8L L4 - Electric/Gas

U.S. Patent No. 7,067,944: Claim 3

"3. A motor comprising:"



http://st.automobilemag.com/uploads/sites/11/2015/11/2016-Toyota-Prius-Four-Touring-front-three-quarter-01.jpg

- 2016 Toyota Prius Three 1.8L L4 - Electric/Gas



http://o.aolcdn.com/dims-global/dims3/GLOB/resize/708x398/quality/60/http://o.aolcdn.com/commerce/autodata/images/USC60TOC161D022000.jpg
*See also* http://parts.olathetoyota.com/oe-toyota/161a039035 (accessed December 12, 2016).

U.S. Patent No. 7,067,944: Claim 3
"3. A motor comprising:"

The Aisin pump is made in Japan:



20160808_101959.jpg

U.S. Patent No. 7,067,944: Claim 3

"3. A motor comprising:"

The Aisin Pump is an electric pump assembly, as indicated on the packaging label directly above and as listed below on the purchase receipt.



20160808_084505.jpg

"3. A motor comprising:"

As shown in greater below with respect to the other limitations of claim 1, the Aisin Pump is an electric motor having a stator and a rotor, where the stator is designed to cause the rotor to rotate during operation.



20160808_102536.jpg

U.S. Patent No. 7,087,944. Claim 3

"a) a core having poles and windings around said poles forming a pole assembly;"

| a) a core having poles and windings around said poles forming a pole assembly; | The Pump comprises a core having poles and windings around said poles forming a pole assembly.<br><br>For example, as shown in the photo below, the motor of the Pump has a plurality of poles that are formed by laminations and arranged together in a circular shape to form a core. Each pole is wrapped with copper wire windings.<br><br><br><br>20160811_130736.jpg |

U.S. Patent No. 7,087,944: Claim 3

"a) a core having poles and windings around said poles forming a pole assembly;"



PC124758.JPG

U.S. Patent No. 7,087,944. Claim 3

"a) a core having poles and windings around said poles forming a pole assembly;"

For example, the Pump's poles and windings around said poles form a pole assembly:



Copper Wire Winding (Conductors)

Pole Assembly

20160811_125705.jpg

U.S. Patent No. 7,087,944. Claim 3

"b) a shaft, the shaft and pole assembly not being in direct contact with one another, but rather the shaft being spaced from the pole assembly; and"

| b) a shaft, the shaft and pole assembly not being in direct contact with one another, but rather the shaft being spaced from the pole assembly; and | The Pump comprises a shaft, the shaft and pole assembly not being in direct contact with one another, but rather the shaft being spaced from the pole assembly.<br><br>For example, as shown in the picture below, the motor of the Pump contains a shaft:<br><br><br><br>20160808_093422.jpg |
| --- | --- |

"b) a shaft, the shaft and pole assembly not being in direct contact with one another, but rather the shaft being spaced from the pole assembly; and"

The shaft does not directly contact the core or the windings of the pole assembly.  The shaft is positioned within and spaced from the pole assembly:



20160811_134035.jpg

| c) a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly | The Pump comprises a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly.<br><br>For example, the motor of the Pump includes a thermoplastic body that is formed from a material identified on the Pump as "PPS – GF 30" as shown below:<br><br><br>"PPS – GF 30"<br><br>20160808_085341.jpg |

"c) a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly,"



Body of Thermoplastic Material

20160808_101659.jpg

This label indicates that the body is made from polyphenylene sulfide with 30% glass fiber filler ("PPS-GF30"). PPS-GF30 is a known thermoplastic.



http://www.matweb.com/search/DataSheet.aspx?MatGUID=c43bc743bdc0413ead2b87aca2e38a30&ckck=1

PPS-GF30 is used in injection molding processes to manufacture parts.

U.S. Patent No. 7,087,941. Claim 3

"c) a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly,"



https://plastics.ulprospector.com/generics/41/polyphenylene-sulfide-pps

The thermoplastic body contains a portion that surrounds and secures to a rigid shaft assembly comprising the shaft  rigidly fixed to an annular metal insert:



20160808_093422.jpg

U.S. Patent No. 7,087,944. Claim 3

"c) a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly,"



Thermoplastic surrounding and securing to the shaft

20160811_134035.jpg

U.S. Patent No. 7,087,944. Claim 3

"c) the thermoplastic material joining the pole assembly to the shaft in the space between the pole assembly and the shaft, filling in the space between them such that the windings, core and shaft are rigidly fixed together."

| c) the thermoplastic material joining the pole assembly to the shaft in the space between the pole assembly and the shaft, filling in the space between them such that the windings, core and shaft are rigidly fixed together. | The pump comprises thermoplastic material joining the pole assembly to the shaft in the space between the pole assembly and the shaft, filling in the space between them such that the windings, core and shaft are rigidly fixed together.<br><br>For example, thermoplastic material encapsulates and rigidly fixes the shaft into the same body of material that encapsulates the copper wire, as shown in the picture below:<br><br><br>20160811_134035.jpg |

U.S. Patent No. 7,087,941. Claim 3

"c) the thermoplastic material joining the pole assembly to the shaft in the space between the pole assembly and the shaft, filling in the space between them such that the windings, core and shaft are rigidly fixed together."

The picture directly below shows the Pump from the reverse side, with the shaft extending outward to receive the rotor:



Thermoplastic surrounding the shaft and between the shaft and the pole assembly

20160808_093429.jpg

The thermoplastic body substantially encapsulates the pole assembly and also contains a portion that surrounds and secures to the shaft.  The pole assembly and shaft are separated by a visible distance that is filled with the thermoplastic material, as shown above.  The thermoplastic material rigidly fixes the core, copper wire and shaft together.