# EXHIBIT 13

# U.S. Patent No. 7,067,944

Claim 3

Aisin Small Pump

Toyota / Aisin Water Pump G9040-33030

U.S. Patent No. 7,067,944: Claim 3
"3. A motor comprising:"

| 3. A motor comprising: | The Toyota / Aisin Water Pump G9040-33030 ("Pump") includes a motor. |
|---|---|

The Pump has Aisin part number WQT-002.

| O.E. Part # | Manufacturer | AISIN Part # |
|---|---|---|
| 16120-49046 | Toyota | WPT-065 |
| 16120-49055 | Toyota | WPT-065 |
| 16120-49065 | Toyota | WPT-084 |
| 16120-49080 | Toyota | WPT-084 |
| 161A0-29015 | Toyota | WPT-190 |
| 161A0-39015 | Toyota | WPT-190 |
| 161A0-39025 | Toyota | WPT-191 |
| G9040-33030 | Toyota | WQT-002 |
| G9040-33040 | Toyota | WQT-002 |
| G9040-52010 | Toyota | WQT-001 |
| 271647-0 | Volvo | WPV-802 |
| 271855-0 | Volvo | WPV-800 |
| 271984-0 | Volvo | WPV-801 |
| 271985-0 | Volvo | WPV-800 |
| 271985-4 | Volvo | WPV-800 |
| 271986-0 | Volvo | WPV-802 |
| 272334-0 | Volvo | WPV-803 |
| 272334-4 | Volvo | WPV-803 |

Aisin Cooling Catalog 2016.pdf at 145 (hereinafter "Aisin Cooling Catalog"), *available at* https://www.aisinaftermarket.com/FlipBook/CoolingCatalog/index.html.

- Toyota Avalon Hybrid Limited 2.5L L4 – Electric/Gas
- Toyota Camry Hybrid LE 2.5L L4 – Electric /Gas
- Toyota Camry Hybrid SE 2.5L L4 – Electric/Gas
- Toyota Camry Hybrid XLE 2.5L L4 – Electric/Gas

U.S. Patent No. 7,067,944. Claim 3

"3. A motor comprising:"

- Toyota RAV4 LE 2.5L L4 – Gas
- Toyota RAV4 Limited 2.5L L4 – Gas
- Toyota RAV4 XLE 2.5L L4 – Gas
- Toyota RAV4 SE 2.5L L4 – Gas
- Toyota RAV4 Hybrid XLE 2.5L L4 – Electric/Gas
- Toyota RAV4 Hybrid Limited 2.5L L4 – Electric/Gas

Source: http://parts.olathetoyota.com/oe-toyota/g904033030

| Lexus | | | | |
|---|---|---|---|---|
| ES250 | 1990-1991 | 2.5L V6 | 2VZFE Desig. | WPT-002 |
| ES300 | 1992-1993 | 3.0L V6 | 3VZFE Desig. | WPT-002 |
| | 1994-2003 | 3.0L V6 | 1MZFE Desig. | WPT-057 |
| ES300h | 2013-2015 | 2.5L L4 | 2ARFXE Desig.; Engine Water Pump | WPT-191 |
| | | | 2ARFXE Desig.; Inverter Water Pump | WQT-002 |

U.S. Patent No. 7,067,944. Claim 3

"3. A motor comprising:"

| Avalon | 1995-2004 | 3.0L V6 | 1MZFE Desig. | WPT-057 |
|--------|-----------|---------|--------------|---------|
|  | 2005-2014 | 3.5L V6 | 2GRFE Desig. | WPT-803 |
|  | 2013-2015 | 2.5L L4 | 2ARFXE Desig.; Hybrid; Engine Water Pump | WPT-191 |
|  |  |  | 2ARFXE Desig.; Hybrid; Inverter Water Pump | WQT-002 |
| Camry | 1983-1986 | 2.0L L4 | 2SELC Desig. | WPT-097 |
|  | 1984-1986 | 1.8L L4 | 1CTLC Desig. | WPT-004 |
|  | 1986 | 2.0L L4 | 2CTLC Desig. | WPT-004 |
|  | 1987-1991 | 2.0L L4 | 3SFE Desig.; Water Pump w/ Housing | WPTK-010 |
|  |  |  | 3SFE Desig.; Water Pump w/o Housing | WPT-010 |
|  | 1988-1991 | 2.5L V6 | 2VZFE Desig. | WPT-002 |
|  | 1992-1993 | 3.0L V6 | 3VZFE Desig. | WPT-002 |
|  | 1992-1999 | 2.2L L4 | 5SFE Desig.; Water Pump w/ Housing | WPTK-010 |
|  |  |  | 5SFE Desig.; Water Pump w/o Housing | WPT-010 |
|  | 1994-2006 | 3.0L V6 | 1MZFE Desig. | WPT-057 |
|  | 2000-2001 | 2.2L L4 | 5SFE Desig.; Water Pump w/ Housing | WPTK-010 |
|  |  |  | 5SFE Desig.; Water Pump w/o Housing | WPT-010 |
|  |  |  | 5SFNE Desig.; CNG; Water Pump w/ Housing | WPTK-010 |
|  | 2002-2008 | 2.4L L4 | 2AZFE Desig. | WPT-801 |
|  | 2004-2006 | 3.3L V6 | 3MZFE Desig. | WPT-057 |
|  | 2007-2015 | 3.5L V6 | 2GRFE Desig. | WPT-803 |
|  | 2009 | 2.4L L4 | 2AZFE Desig.; Japanese Production; To 01/2009 | WPT-801 |
|  |  |  | 2AZFE Desig.; North American Production; To 03/2009 | WPT-801 |
|  | 2009-2011 | 2.4L L4 | 2AZFXE Desig.; Hybrid | WPT-801 |
|  | 2010-2014 | 2.5L L4 | 2ARFE Desig. | WPT-805 |
|  | 2012-2015 | 2.5L L4 | 2ARFXE Desig.; Hybrid; Engine Water Pump | WPT-191 |
|  |  |  | 2ARFXE Desig.; Hybrid; Inverter Water Pump | WQT-002 |

Aisin Cooling Catalog 2016.pdf at 34, 41.

The Pump's packaging is marked with the Toyota logo:



20160808_151500.jpg

U.S. Patent No. 7,067,944. Claim 3

"3. A motor comprising:"

The Pump itself is marked with the Aisin logo:



20160808_151722.jpg

U.S. Patent No. 7,067,944: Claim 3

"3. A motor comprising:"

The Pump includes an electric motor. For example, as shown below on the purchase receipt, the Pump is referred to as a pump:



20160808_151445.jpg

U.S. Patent No. 7,067,944: Claim 3

"3. A motor comprising:"

As shown in greater detail below, the Aisin Pump is an electric motor having a stator and a rotor, where the stator is designed to cause the rotor to rotate during operation.



20160809_101659.jpg

U.S. Patent No. 7,087,944. Claim 3

"3. A motor comprising:"



20160808_152221.jpg

U.S. Patent No. 7,087,944. Claim 3

"a) a core having poles and windings around said poles forming a pole assembly;"

| a) a core having poles and windings around said poles forming a pole assembly; | The Pump comprises a core having poles and windings around said poles forming a pole assembly.<br><br>For example, as shown in the photo below, the motor of the Pump has a plurality of poles that are formed by laminations and arranged together in a circular shape to form a core.  Each pole is wrapped with copper wire windings.<br><br><br>PC124767.jpg |

U.S. Patent No. 7,087,944. Claim 3

"a) a core having poles and windings around said poles forming a pole assembly;"

| | |
|---|---|
| | For example, the Pump's poles and windings around said poles form a pole assembly:<br><br><br><br>20160810_132402.jpg |

U.S. Patent No. 7,087,944. Claim 3

"b) a shaft, the shaft and pole assembly not being in direct contact with one another, but rather the shaft being spaced from the pole assembly; and"

| b) a shaft, the shaft and pole assembly not being in direct contact with one another, but rather the shaft being spaced from the pole assembly; and | The Pump comprises a shaft, the shaft and pole assembly not being in direct contact with one another, but rather the shaft being spaced from the pole assembly.<br><br>For example, as shown in the picture below, the motor of the Pump contains a shaft:<br><br><br><br>20160817_110225.jpg |

U.S. Patent No. 7,087,944: Claim 3

"b) a shaft, the shaft and pole assembly not being in direct contact with one another, but rather the shaft being spaced from the pole assembly; and"

| | |
|---|---|
| | The shaft does not directly contact the core or the windings of the pole assembly.  The shaft is positioned within and spaced from the pole assembly:<br><br><br><br>20160810_132402.jpg |

U.S. Patent No. 7,087,944: Claim 3

"c) a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly,"

| c) a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly | The Pump comprises a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly.<br><br>For example, the motor of the Pump includes a thermoplastic body that is formed from a material identified on the Pump as "PPS – GF 30" as shown below:<br><br><br><br>"PPS – GF 30"<br><br>20160808_151750.jpg |
|---|---|

"c) a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly,"



20160808_101659.jpg

This label indicates that the body is made from polyphenylene sulfide with 30% glass fiber filler ("PPS-GF30").  PPS-GF30 is a known thermoplastic.



http://www.matweb.com/search/DataSheet.aspx?MatGUID=c43bc743bdc0413ead2b87aca2e38a30&ckck=1

U.S. Patent No. 7,087,941. Claim 3

"c) a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly,"

PPS-GF30 is used in injection molding processes to manufacture parts.



https://plastics.ulprospector.com/generics/41/polyphenylene-sulfide-pps

U.S. Patent No. 7,087,944. Claim 3

"c) a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly,"

The thermoplastic body contains a portion that is secured to the shaft:



20160817_104459.jpg

U.S. Patent No: 7,087,944: Claim 3

"c) a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly,"

The thermoplastic material secured to the shaft also substantially encapsulates the pole assembly.  For example, as shown in the picture below the thermoplastic material of the Pump encapsulates the core and the pole assembly.



20160817_102628.jpg

U.S. Patent No. 7,067,941. Claim 3

"c) the thermoplastic material joining the pole assembly to the shaft in the space between the pole assembly and the shaft, filling in the space between them such that the windings, core and shaft are rigidly fixed together."

| c) the thermoplastic material joining the pole assembly to the shaft in the space between the pole assembly and the shaft, filling in the space between them such that the windings, core and shaft are rigidly fixed together. | The pump comprises thermoplastic material joining the pole assembly to the shaft in the space between the pole assembly and the shaft, filling in the space between them such that the windings, core and shaft are rigidly fixed together.<br><br>For example, thermoplastic material encapsulates and rigidly fixes the shaft into the same body of material that encapsulates the copper wire, as shown in the picture below:<br><br><br>20160817_104459.jpg |

U.S. Patent No. 7,087,944. Claim 3

"c) the thermoplastic material joining the pole assembly to the shaft in the space between the pole assembly and the shaft, filling in the space between them such that the windings, core and shaft are rigidly fixed together."

The picture directly below shows the Pump from the reverse side, with the shaft extending outward to receive the rotor:



20160817_102628.jpg

The thermoplastic body substantially encapsulates the pole assembly and also is secured to the shaft. The pole assembly and shaft are separated by a visible distance that is filled with the thermoplastic material, as shown above. The thermoplastic material rigidly fixes the core, copper wire and shaft together.