# EXHIBIT 14

# U.S. Patent No. 7,067,944

Claim 3

Aisin Small Pump

Toyota / Aisin Water Pump G9040-47040

U.S. Patent No. 7,067,944: Claim 3

"3. A motor comprising:"

| 3. A motor comprising: | The Toyota / Aisin Water Pump G9040-47040 ("Pump") includes a motor. |
|---|---|

The Pump has Aisin part number WQT-001.

| O.E. Part # | Manufacturer | AISIN Part # |
|---|---|---|
| 16120-49046 | Toyota | WPT-065 |
| 16120-49055 | Toyota | WPT-065 |
| 16120-49065 | Toyota | WPT-084 |
| 16120-49080 | Toyota | WPT-084 |
| 161A0-29015 | Toyota | WPT-190 |
| 161A0-39015 | Toyota | WPT-190 |
| 161A0-39025 | Toyota | WPT-191 |
| G9040-33030 | Toyota | WQT-002 |
| G9040-33040 | Toyota | WQT-002 |
| G9040-52010 | Toyota | WQT-001 |

Aisin Cooling Catalog 2016.pdf at 145 (hereinafter "Aisin Cooling Catalog"), *available at* https://www.aisinaftermarket.com/FlipBook/CoolingCatalog/index.html.

The Aisin Cooling Catalog indicates that the Pump is used in the following Toyota vehicles:

- Toyota Prius Two 1.8L L4 – Electric/Gas

- Toyota Prius Two Eco 1.8L L4 – Electric/Gas

- Toyota Prius Three 1.8L L4 – Electric/Gas

- Toyota Prius Three Touring 1.8L L4 – Electric/Gas

- Toyota Prius Four 1.8L L4 – Electric/Gas

- Toyota Prius Four Touring 1.8L L4 – Electric/Gas

U.S. Patent No. 7,067,944: Claim 3

"3. A motor comprising:"



global/dims3/GLOB/resize/708x398/quality/60/http://o.aolcdn.com/commerce/autodata/images/USC60TOC161D022000.jpg

| Lexus | | | | |
|---|---|---|---|---|
| ES250 | 1990-1991 | 2.5L V6 | 2VZFE Desig. | WPT-002 |
| ES300 | 1992-1993 | 3.0L V6 | 3VZFE Desig. | WPT-002 |
| | 1994-2003 | 3.0L V6 | 1MZFE Desig. | WPT-057 |
| ES300h | 2013-2015 | 2.5L L4 | 2ARFXE Desig.; Engine Water Pump | WPT-191 |
| | | | 2ARXFE Desig.; Inverter Water Pump | WQT-002 |
| ES330 | 2004-2006 | 3.3L V6 | 3MZFE Desig. | WPT-057 |
| ES350 | 2007-2015 | 3.5L V6 | 2GRFE Desig. | WPT-803 |
| GS300 | 1993-1997 | 3.0L L6 | 2JZGE Desig.; Water Pump w/o Housing | WPT-038 |
| | | | 2JZGE Desig.; Water Pump w/ Housing | WPT-110 |
| | 1998-2005 | 3.0L L6 | 2JZGE Desig.; Water Pump w/ Housing | WPT-116 |
| | 2006 | 3.0L V6 | 3GRFSE Desig. | WPT-137 |
| GS350 | 2007-2015 | 3.5L V6 | 2GRFSE Desig. | WPT-137 |
| GS400 | 1998-2000 | 4.0L V8 | 1UZFE Desig. | WPT-800 |
| GS430 | 2001-2007 | 4.3L V8 | 3UZFE Desig. | WPT-800 |
| GS450h | 2007-2011 | 3.5L V6 | 2GRFSE Desig. | WPT-137 |
| | 2013-2015 | 3.5L V6 | 2GRFXE Desig. | WPT-137 |
| GS460 | 2008-2011 | 4.6L V8 | 1URFSE Desig. | WPT-187 |
| GX460 | 2010-2015 | 4.6L V8 | 1URFE Desig. | WPT-807 |
| GX470 | 2003-2009 | 4.7L V8 | 2UZFE Desig. | WPT-800 |
| HS250h | 2010-2012 | 2.4L L4 | 2AZFXE Desig. | WPT-801 |
| IS F | 2008-2014 | 5.0L V8 | 2URGSE Desig. | WPT-187 |
| IS250 | 2006-2015 | 2.5L V6 | 4GRFSE Desig. | WPT-137 |
| IS300 | 2001-2005 | 3.0L L6 | 2JZGE Desig.; Water Pump w/ Housing | WPT-116 |
| IS350 | 2006-2015 | 3.5L V6 | 2GRFSE Desig. | WPT-137 |
| LS400 | 1990-2000 | 4.0L V8 | 1UZFE Desig. | WPT-800 |
| LS430 | 2001-2006 | 4.3L V8 | 3UZFE Desig. | WPT-800 |
| LS460 | 2007-2014 | 4.6L V8 | 1URFSE Desig. | WPT-187 |
| LS600h | 2008-2014 | 5.0L V8 | 2URFSE Desig. | WPT-187 |
| LX450 | 1996-1997 | 4.5L L6 | 1FZFE Desig. | WPT-023 |
| LX470 | 1998-2007 | 4.7L V8 | 2UZFE Desig. | WPT-800 |
| LX570 | 2008-2011 | 5.7L V8 | 3URFE Desig. | WPT-804 |
| | 2013-2015 | 5.7L V8 | 3URFE Desig. | WPT-804 |
| RC F | 2015 | 5.0L V8 | 2URGSE Desig. | WPT-187 |
| RX300 | 1999-2003 | 3.0L V6 | 1MZFE Desig. | WPT-057 |
| RX330 | 2004-2006 | 3.3L V6 | 3MZFE Desig. | WPT-057 |
| RX350 | 2007-2015 | 3.5L V6 | 2GRFE Desig. | WPT-803 |
| RX400h | 2006-2008 | 3.3L V6 | 3MZFE Desig. | WPT-057 |
| RX450h | 2010-2015 | 3.5L V6 | 2GRFXE Desig.; Engine Water Pump | WPT-803 |
| | 2012-2015 | 3.5L V6 | 2GRFXE Desig.; From 03/2012; Inverter Water Pump | WQT-001 |
| SC300 | 1992-2000 | 3.0L L6 | 2JZGE Desig.; Water Pump w/ Housing | WPT-110 |
| | | | 2JZGE Desig.; Water Pump w/o Housing | WPT-038 |
| SC400 | 1992-2000 | 4.0L V8 | 1UZFE Desig. | WPT-800 |
| SC430 | 2002-2010 | 4.3L V8 | 3UZFE Desig. | WPT-800 |

U.S. Patent No. 7,067,944: Claim 3

"3. A motor comprising:"

| | | | | |
|---|---|---|---|---|
| | 2010-2014 | 4.0L V6 | 1GRFE Desig. | WPT-169 |
| Highlander | 2001-2003 | 3.0L V6 | 1MZFE Desig. | WPT-057 |
| | 2004-2007 | 2.4L L4 | 2AZFE Desig. | WPT-801 |
| | | 3.3L V6 | 3MZFE Desig. | WPT-057 |
| | 2008-2009 | 3.3L V6 | 3MZFE Desig.; Hybrid | WPT-057 |
| | 2008-2015 | 3.5L V6 | 2GRFE Desig; Engine Water Pump | WPT-803 |
| | 2010-2014 | 2.7L L4 | 1ARFE Desig. | WPT-805 |
| | 2011-2015 | 3.5L V6 | 2GRFXE Desig.; Hybrid; Engine Water Pump | WPT-803 |
| | 2013-2015 | 3.5L V6 | 2GRFXE Desig.; Hybrid; Inverter Water Pump | WQT-001 |
| Land Cruiser | 1976 | 4.2L L6 | 2F Desig.; California Spec; w/ Oil Cooler | WPT-020 |
| | 1996-1997 | 2.4L L4 | 2TZFZE Desig. | WPT-014 |
| Prius | 2001-2009 | 1.5L L4 | 1NZFXE Desig. | WPT-111 |
| | 2010-2015 | 1.8L L4 | 2ZRFXE Desig; Engine Water Pump | WPT-190 |
| | 2012-2015 | 1.8L L4 | 2ZRFXE Desig; From 12/2011; Including Plugin; Inverter Water Pump | WQT-001 |
| Prius C | 2012-2015 | 1.5L L4 | 1NZFXE Desig; Engine Water Pump | WPT-190 |

Aisin Cooling Catalog 2016.pdf at 34, 43, 44.

The Pump's packaging is marked with the Toyota logo:



IMG_2003.JPG

U.S. Patent No. 7,067,944. Claim 3

"3. A motor comprising:"

The Pump itself is marked with the Aisin logo:



IMG_2006.JPG

"3. A motor comprising:"

The Pump includes an electric motor.  For example, as shown below on the purchase receipt, the Pump is referred to as a pump:



CCF_000055.pdf

U.S. Patent No. 7,067,944: Claim 3

"3. A motor comprising:"

As shown in greater detail below, the Aisin Pump is an electric motor having a stator and a rotor, where the stator is designed to cause the rotor to rotate during operation.



IMG_2069.JPG

U.S. Patent No. 7,067,944: Claim 3

"3. A motor comprising:"



IMG_1905.JPG

U.S. Patent No. 7,067,944: Claim 3

"a) a core having poles and windings around said poles forming a pole assembly;"

| a) a core having poles and windings around said poles forming a pole assembly; | The Pump comprises a core having poles and windings around said poles forming a pole assembly.<br><br>For example, as shown in the photo below, the motor of the Pump has a plurality of poles that are formed by laminations and arranged together in a circular shape to form a core.  Each pole is wrapped with copper wire windings.<br><br><br>IMG_2027.JPG |

U.S. Patent No. 7,087,944. Claim 3

"a) a core having poles and windings around said poles forming a pole assembly;"

For example, the Pump's poles and windings around said poles form a pole assembly:



IMG_2027.JPG

U.S. Patent No. 7,087,944. Claim 3

"b) a shaft, the shaft and pole assembly not being in direct contact with one another, but rather the shaft being spaced from the pole assembly; and"

| b) a shaft, the shaft and pole assembly not being in direct contact with one another, but rather the shaft being spaced from the pole assembly; and | The Pump comprises a shaft, the shaft and pole assembly not being in direct contact with one another, but rather the shaft being spaced from the pole assembly.<br><br>For example, as shown in the picture below, the motor of the Pump contains a shaft:<br><br><br><br>IMG_1976.JPG |

"b) a shaft, the shaft and pole assembly not being in direct contact with one another, but rather the shaft being spaced from the pole assembly; and"

| | |
|---|---|
| | The shaft does not directly contact the core or the windings of the pole assembly.  The shaft is positioned within and spaced from the pole assembly:  IMG_2027.JPG |

"c) a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly,"

| c) a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly | The Pump comprises a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly.<br><br>For example, the motor of the Pump includes a thermoplastic body that is formed from a material identified on the Pump as "PPS – GF 30" as shown below:<br><br><br><br>IMG_2065.JPG |

U.S. Patent No. 7,087,941: Claim 3

"c) a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly,"



IMG_2042.JPG

This label indicates that the body is made from polyphenylene sulfide with 30% glass fiber filler ("PPS-GF30"). PPS-GF30 is a known thermoplastic.



http://www.matweb.com/search/DataSheet.aspx?MatGUID=c43bc743bdc0413ead2b87aca2e38a30&ckck=1

U.S. Patent No. 7,087,941. Claim 3

"c) a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly,"

PPS-GF30 is used in injection molding processes to manufacture parts.



https://plastics.ulprospector.com/generics/41/polyphenylene-sulfide-pps

U.S. Patent No. 7,087,944. Claim 3

"c) a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly,"

The thermoplastic body contains a portion that surrounds and secures to the shaft:



IMG_2013.JPG

U.S. Patent No. 7,087,941. Claim 3

"c) a thermoplastic material secured to the shaft and substantially encapsulating the pole assembly,"

The thermoplastic material secured to the shaft also substantially encapsulates the pole assembly.  For example, as shown in the picture below the thermoplastic material of the Pump encapsulates all of the core and the pole assembly.



IMG_2027.JPG

U.S. Patent No. 7,087,944. Claim 3

"c) the thermoplastic material joining the pole assembly to the shaft in the space between the pole assembly and the shaft, filling in the space between them such that the windings, core and shaft are rigidly fixed together."

| c) the thermoplastic material joining the pole assembly to the shaft in the space between the pole assembly and the shaft, filling in the space between them such that the windings, core and shaft are rigidly fixed together. | The pump comprises thermoplastic material joining the pole assembly to the shaft in the space between the pole assembly and the shaft, filling in the space between them such that the windings, core and shaft are rigidly fixed together. |
|---|---|

The pump comprises thermoplastic material joining the pole assembly to the shaft in the space between the pole assembly and the shaft, filling in the space between them such that the windings, core and shaft are rigidly fixed together.

For example, thermoplastic material encapsulates and rigidly fixes the shaft into the same body of material that encapsulates the copper wire, as shown in the picture below:



IMG_2013.JPG

The picture directly below shows the Pump from the reverse side, with the shaft extending outward to receive the rotor:

U.S. Patent No. 7,067,944. Claim 3

"c) the thermoplastic material joining the pole assembly to the shaft in the space between the pole assembly and the shaft, filling in the space between them such that the windings, core and shaft are rigidly fixed together."



IMG_2036.JPG

The thermoplastic body substantially encapsulates the pole assembly and also contains a portion that surrounds and secures to the shaft.  The pole assembly and shaft are separated by a visible distance that is filled with the thermoplastic material, as shown above.  The thermoplastic material rigidly fixes the core, copper wire and shaft together.