# EXHIBIT 15

# U.S. Patent No. 7,067,944

Claims 9

2017 Toyota Hybrid Transaxle Assembly

| 9. A motor comprising: | The 2017 Toyota Hybrid Transaxle Assembly ("Transaxle Assembly") comprises a motor. |
|---|---|
| | The Transaxle Assembly comprises an electric motor containing a rotor and a stator: |
| |  |
| | IMG_0903.JPG |

U.S. Patent No. 7,067,944: Claim 9
"9. A motor comprising:"



Stator

IMG_1189.JPG

U.S. Patent No. 7,067,944: Claim 9
"9. A motor comprising:"



IMG_1046.JPG

Upon information and belief, the Transaxle Assembly is installed in the following 2017 Toyota models:

- Avalon Hybrid Limited, XLE Plus and XLE Premium

U.S. Patent No. 7,067,944: Claim 9

"9. A motor comprising:"



http://www.toyota.com/configurator/#!/build/step/model/year/2017/series/avalon/model/3506

- Camry Hybrid LE, SE and XLE



http://www.toyota.com/configurator/#!/build/step/model/year/2017/series/camry/model/2559

- Highlander Hybrid Limited

U.S. Patent No. 7,067,944: Claim 9

"9. A motor comprising:"



http://www.toyota.com/configurator/#!/build/step/model/year/2017/series/highlanderhybrid/model/6966

- Prius Four, Four Touring, Three, Three Touring, Two and Two Eco



http://www.toyota.com/configurator/#!/build/step/model/year/2017/series/prius/model/1227

- Prius C Four, One, Persona Series, Three, Two

U.S. Patent No. 7,067,944: Claim 9

"9. A motor comprising:"



http://www.toyota.com/priusc/

- Prius V Five, Four, Three, Two



http://www.toyota.com/priusv/

U.S. Patent No. 7,067,944. Claim 9

"9. A motor comprising:"

- RAV4 Hybrid Limited and XLE



http://www.toyota.com/configurator/#!/build/step/model/year/2017/series/rav4/model/4444

Upon information and belief, the Transaxle Assembly is made by Aisin in Japan.

U.S. Patent No. 7,067,944. Claim 9
"a) a core;"

| a) a core; | The Transaxle Assembly comprises a core. |
|---|---|
| | The motor of the Transaxle Assembly has metal laminations that surround the rotor, which are arranged together in a circular shape to form a core, as shown below.<br><br>Metal laminations (core)<br><br>IMG_1047.JPG |

U.S. Patent No. 7,067,941. Claim 9
"a) a core;"



IMG_1201.JPG

| | |
|---|---|
| b) at least one magnet spaced from the core; and | The Transaxle Assembly comprises at least one magnet spaced from the core.<br><br>For example, the Transaxle Assembly includes a core, which is comprised of circular metal laminations:<br><br><br><br>IMG_1047.JPG |

U.S. Patent No. 7,087,941. Claim 9

"b) at least one magnet spaced from the core; and"



IMG_1201.JPG

The core contains various magnets. Each magnet is spaced from the core:

U.S. Patent No. 7,087,944: Claim 9

"b) at least one magnet spaced from the core; and"



IMG_1046.JPG

U.S. Patent No. 7,087,944. Claim 9
"b) at least one magnet spaced from the core; and"

IMG_6395.JPG

"c) a thermoplastic material substantially encapsulating the at least one magnet and filling in the space between the at least one magnet and the core such that the at least one magnet and the core are rigidly fixed together."

| c) a thermoplastic material substantially encapsulating the at least one magnet and filling in the space between the at least one magnet and the core such that the at least one magnet and the core are rigidly fixed together. | The Transaxle Assembly comprises a thermoplastic material substantially encapsulating the at least one magnet and filling in the space between the at least one magnet and the core such that the at least one magnet and the core are rigidly fixed together.  IMG_1047.JPG |
| --- | --- |

Metal laminations (core)

U.S. Patent No. 7,687,944: Claim 9

"c) a thermoplastic material substantially encapsulating the at least one magnet and filling in the space between the at least one magnet and the core such that the at least one magnet and the core are rigidly fixed together."



IMG_1201.JPG

The Transaxle Assembly includes a plastic material substantially encapsulating at least one magnet and filling the space between the at least one magnet and the core such that the at least one magnet and the core are rigidly fixed together, as

U.S. Patent No. 7,087,944: Claim 9

"c) a thermoplastic material substantially encapsulating the at least one magnet and filling in the space between the at least one magnet and the core such that the at least one magnet and the core are rigidly fixed together."

shown below. Upon information and belief, this plastic material is a thermoplastic:



IMG_6395.JPG

U.S. Patent No. 7,007,944. Claim 11
"11. A motor comprising:"

| 11. A motor comprising: | The Transaxle Assembly comprises a motor. <br><br> *See* Claim 9, *supra*. |
|---|---|

U.S. Patent No. 7,007,944: Claim 11

"a) at least one conductor;"

| a) at least one conductor; | The Transaxle Assembly comprises at least one conductor.<br><br>The stator of the Transaxle Assembly contains wire windings around the stator poles. These wire windings serve as conductors:<br><br><br><br>IMG_1189.JPG |

Case 2:17-cv-07681-GW-JC   Document 1-15   Filed 10/20/17   Page 21 of 22   Page ID #:349
U.S. Patent No. 7,007,944. Claim 11
"b) at least one magnet forming at least one pole; and"

| b) at least one magnet forming at least one pole; and | The Transaxle Assembly comprises at least one magnet forming at least one pole.<br><br>For example, the Transaxle Assembly includes at least one permanent magnet. The magnet, as a magnetic dipole, forms both a North and a South magnetic pole.<br><br><br><br>IMG_6395.JPG |
| --- | --- |

| | |
|---|---|
| c) a thermoplastic material substantially encapsulating the at least one magnet and locating and precisely positioning the at least one magnet with respect to the at least one conductor during motor operation. | The Transaxle Assembly comprises a thermoplastic material substantially encapsulating the at least one magnet and locating and precisely positioning the at least one magnet with respect to the at least one conductor during motor operation.<br><br>For example, the Transaxle Assembly includes a plastic material substantially encapsulating the at least one magnet and locating and precisely positioning the at least one magnet with respect to the at least one conductor during motor operation, as shown below. Upon information and belief, this plastic material is a thermoplastic:<br><br><br><br>IMG_6395.JPG |