# EXHIBIT 19

# U.S. Patent No. 7,154,200

Claims 1, 2, 4, 6, and 7.

Toyota / Aisin Pump

Toyota P/N 161A0-39035

U.S. Patent No. 7,154,200: Claim 1

"1. A motor comprising:"

| 1. A motor comprising: | The Toyota / Aisin Water Pump (the "Aisin Pump") has Toyota part number 161A0-39035: |
|---|---|
| |  20160808_101959.jpg<br><br>The Aisin Pump is marked with the Aisin logo. |



20160808_102609.jpg

The Aisin Pump is a water pump and is believed to be installed in the following 2016 Toyota models:

- 2016 Toyota Prius Four Touring 1.8L L4 - Electric/Gas

- 2016 Toyota Prius Three Touring 1.8L L4 - Electric/Gas

- 2016 Toyota Prius Two Eco 1.8L L4 - Electric/Gas

- 2016 Toyota Prius Two 1.8L L4 - Electric/Gas

- 2016 Toyota Prius Four 1.8L L4 - Electric/Gas

U.S. Patent No. 7,154,200: Claim 1

"1. A motor comprising:"

- ■ 2016 Toyota Prius Three 1.8L L4 - Electric/Gas



See, http://www.toyota.com/configurator/#!/build/step/model/year/2016/series/prius/model/1228

http://parts.olathetoyota.com/oe-toyota/161a039035 (accessed December 12, 2016).

The Aisin pump is made in Japan:

U.S. Patent No. 7,154,206: Claim 1

"1. A motor comprising:"



20160808_101959.jpg

The Aisin Pump is an electric pump assembly, as indicated on the packaging label directly above and as listed below on the purchase receipt.

U.S. Patent No. 7,154,200: Claim 1
"1. A motor comprising:"



20160808_084505.jpg

As shown in greater below with respect to the other limitations of claim 1, the Aisin Pump is an electric motor having a stator and a rotor, where the stator is designed to cause the rotor to rotate during operation.

U.S. Patent No. 7,154,200: Claim 1
"1. A motor comprising:"



Stator (Encased in Thermoplastic and thus not visible)

Rotor

20160808_102536.jpg

U.S. Patent No. 7,154,206: Claim 1

"a) a stator substantially encapsulated within a body of thermoplastic material; and"

| a) a stator substantially encapsulated within a body of thermoplastic material; and | The Aisin Pump comprises a stator substantially encapsulated within a body of thermoplastic material.<br><br>The Aisin Pump includes a monolithic body formed from a material identified on the Aisin Pump as "PPS – GF 30" label:<br><br><br><br>20160808_102545.jpg |

U.S. Patent No. 7,154,200: Claim 1

"a) a stator substantially encapsulated within a body of thermoplastic material; and"



20160808_102549.jpg

"PPS – GF 30" refers to polyphenylene sulfide with 30% glass fiber filler ("PPS-GF30"). *See, e.g.,* U.S. Patent Publication 2009/0173903 (application No. 12/295,565), at ¶ 0114 ("The abbreviations of the resin names in the tables above are as follows. PPS-GF30: Polyphenylene sulfide resin containing 30 wt % of glass fibers"). PPS-GF30 is a thermoplastic – below is a summary of its properties (including the categories of which it is a member, which includes "thermoplastic") from the MatWeb database of materials properties.



http://www.matweb.com/search/datasheet_print.aspx?matguid=c43bc743bdc0413ead2b87aca2e38a30 (Downloaded Dec. 9, 2016).

The "PPS – GF 30" label on the Aisin Pump denotes that the plastic body of the Aisin Pump is made of this type of thermoplastic material.

U.S. Patent No. 7,154,200: Claim 1

"a) a stator substantially encapsulated within a body of thermoplastic material; and"



20160808_102944.jpg

The Aisin Pump also includes a stator. The general location of the stator is shown shaded in red in the photo below:

U.S. Patent No. 7,154,200: Claim 1

"a) a stator substantially encapsulated within a body of thermoplastic material; and"



20160816_141624.jpg; 20160816_141631.jpg

The stator is substantially encapsulated within the body of PPS – GF 30.  For example, the photo below shows stator conductors and a stator pole substantially encapsulated within the body of PPS – GF 30:

U.S. Patent No. 7,154,200: Claim 1

"a) a stator substantially encapsulated within a body of thermoplastic material; and"



20160811_141210.jpg

The photo below shows the other side of the Aisin Pump where the rotor sits and depicts how the stator is substantially encapsulated within the body of PPS – GF 30:

U.S. Patent No. 7,154,200: Claim 1

"a) a stator substantially encapsulated within a body of thermoplastic material; and"



20160816_141536.jpg

"b) one or more solid parts used in the motor either within or near the body;"

| b) one or more solid parts used in the motor either within or near the body; | The Aisin Pump comprises one or more solid parts either within or near the body.<br><br>The Aisin Pump includes a number of solid parts within or near the body of PPS – GF 30.  For example, the Aisin Pump includes a metal insert within the body of PPS – GF 30:<br><br><br>20160816_141734.jpg<br><br>The Aisin Pump also includes metal inserts within mounting flanges the body of PPS – GF 30: |

"b) one or more solid parts used in the motor either within or near the body;"



20160808_102536.jpg

By way of further example, the Aisin Pump includes metal electric pathways and metal connections to conductors both having portions within the body of PPS – GF 30:

U.S. Patent No. 7,154,200. Claim 1

"b) one or more solid parts used in the motor either within or near the body;"



20160808_103755.jpg

U.S. Patent No. 7,154,200: Claim 1

"b) one or more solid parts used in the motor either within or near the body;"



20160808_103746.jpg

The Aisin Pump further includes metal laminations and metal wire windings as components of the stator substantially encapsulated within the body of PPS – GF 30:

U.S. Patent No. 7,154,200. Claim 1

"b) one or more solid parts used in the motor either within or near the body;"



20160811_141210.jpg

"c) the thermoplastic material having a coefficient of linear thermal expansion such that the thermoplastic material contracts and expands at approximately the same rate as the one or more solid parts."

| c) the thermoplastic material having a coefficient of linear thermal expansion such that the thermoplastic material contracts and expands at approximately the same rate as the one or more solid parts. | The Aisin Pump comprises a thermoplastic material having a coefficient of linear thermal expansion such that the thermoplastic material contracts and expands at approximately the same rate as the one or more solid parts.<br><br>The Aisin Pump comprises a thermoplastic material having a coefficient of linear thermal expansion such that the thermoplastic material contracts and expands at approximately the same rate as the one or more solid parts.<br><br>As explained above, the Aisin Pump includes a body that contains a label "PPS – GF 30," which refers to a thermoplastic material called polyphenylene sulfide with 30% glass fiber filler.  The "PPS – GF 30" label on the Aisin Pump denotes that the body of the Aisin Pump is made of this type of thermoplastic material.<br><br>The coefficient of linear thermal expansion ("CLTE" or "CTE") is a measurement that describes how the size of an object changes in one dimension (e.g., length) per unit rise in temperature: |

U.S. Patent No. 7,154,200: Claim 1

"c) the thermoplastic material having a coefficient of linear thermal expansion such that the thermoplastic material contracts and expands at approximately the same rate as the one or more solid parts."

| | |
|---|---|
| | Most solid materials expand upon heating and contract when cooled. The change in length with temperature for a solid material can be expressed as:<br><br>$$(l_f - l_0)/l_0 = \alpha_1\,(T_f - T_0) \quad \Delta l/l_0 = \alpha_1 \Delta T$$<br>$$\alpha_1 = 1/l\,(dl/dT)$$<br><br>where $l_0$ and $l_f$ represent, respectively, the original and final lengths with the temperature change from $T_0$ to $T_f$. The parameter $\alpha_1$ CTE and has units of reciprocal temperature $(K^{-1})$ such as $\mu m/m \cdot K$ or $10^{-6}/K$. Conversion factors are:<br><br>

| To convert | To | Multiply by |
|---|---|---|
| $10^{-6}/K$ | $10^{-6}/°F$ | 0.55556 |
| $10^{-6}/°F$ | $10^{-6}/K$ | 1.8 |
| ppm/°C | $10^{-6}/K$ | 1 |
| $10^{-6}/°C$ | $10^{-6}/K$ | 1 |
| $(\mu m/m)/°F$ | $10^{-6}/K$ | 1.8 |
| $(\mu m/m)/°C$ | $10^{-6}/K$ | 1 |
| $10^{-6}/R$ | $10{-}6/K$ | 1.8 |

The coefficient of thermal expansion is also often defined as the fractional increase in length per unit rise in temperature. The exact definition http://www.owlnet.rice.edu/~msci301/ThermalExpansion.pdf (downloaded Dec. 6, 2016).

PPS – GF30 has a CLTE value similar to that of one or more of the solid (e.g., metal) parts either within or near the body of PPS – GF 30 of the Aisin Pump and, accordingly, contracts and expands at approximately the same rate as those one or more solid parts.

More specifically, PPS – GF 30 is known to possess CLTE values in the range of 0.50 x $10^{-5}$ in/in °F to 2.06 x $10^{-5}$ in/in °F when heated to temperatures between 212 °F and 392 °F, with an average value of 1.39 x $10^{-5}$ in/in °F:

U.S. Patent No. 7,154,200; Claim 1

"c) the thermoplastic material having a coefficient of linear thermal expansion such that the thermoplastic material contracts and expands at approximately the same rate as the one or more solid parts."

| Thermal Properties | Metric | English | Comments |
|---|---|---|---|
| CTE, linear | 9.00 - 37.0 µm/m-°C | 5.00 - 20.6 µin/in-°F | Average value: 25.0 µm/m-°C Grade Count:8 |
|  | 10.0 - 52.0 µm/m-°C @Temperature 100 - 200 °C | 5.56 - 28.9 µin/in-°F @Temperature 212 - 392 °F | Average value: 31.0 µm/m-°C Grade Count:2 |

http://www.matweb.com/search/datasheet_print.aspx?matguid=c43bc743bdc0413ead2b87aca2e38a30 (downloaded Dec. 9, 2016)

One or more of the solid parts, such as the metal insert, metal inserts within the mounting flanges, metal electric pathways and metal laminations, are believed to be some type of steel.  Steels are known to possess CLTE values within the CLTE range of values of PPS – GF 30, namely from 0.63 x $10^{-5}$ in/in °F to 0.68 x $10^{-5}$ in/in °F:

| Steels | | |
|---|---|---|
| Material | Coefficient of Thermal Expansion | |
| | $10^{-6}$ (°C)$^{-1}$ | $10^{-6}$ (°F)$^{-1}$ |
| Plain Carbon and Low Alloy Steels | | |
| Steel Alloy A36 | 11.7 | 6.5 |
| Steel Alloy 1020 | 11.7 | 6.5 |
| Steel Alloy 1040 | 11.3 | 6.3 |
| Steel Alloy 4140 | 12.3 | 6.8 |
| Steel Alloy 4340 | 12.3 | 6.8 |

http://www.amesweb.info/Materials/Linear-Thermal-Expansion-Coefficient-Metals.aspx (downloaded Dec. 9, 2016).

The wire windings are believed to be some type of copper.  Copper alloys are known to possess CLTE values within the CLTE range of values of PPS – GF 30, namely from 0.90 x $10^{-5}$ in/in °F to 1.14 x $10^{-5}$ in/in °F:

U.S. Patent No. 7,154,200: Claim 1

"c) the thermoplastic material having a coefficient of linear thermal expansion such that the thermoplastic material contracts and expands at approximately the same rate as the one or more solid parts."

| Copper-Base Alloys | | |
|---|---|---|
| Material | Coefficient of Thermal Expansion | |
| | $10^{-6}$ $(°C)^{-1}$ | $10^{-6}$ $(°F)^{-1}$ |
| Copper Alloy C11000 (electrolytic tough pitch) | 17.0 | 9.4 |
| Copper Alloy C17200 (beryllium - copper) | 16.7 | 9.3 |
| Copper Alloy C22000 (Commercial bronze, 90%) | 18.4 | 10.2 |
| Copper Alloy C23000 (Red brass, 85 %) | 18.7 | 10.4 |
| Copper Alloy C26000 (cartridge brass) | 19.9 | 11.1 |
| Copper Alloy C27000 (Yellow Brass) | 20.3 | 11.3 |
| Copper Alloy C36000 (free - cutting brass) | 20.5 | 11.4 |
| Copper Alloy C51000 (Phosphor bronze, 5% A) | 17.8 | 9.9 |
| Copper Alloy C62300 (Aluminum bronze, 9%) | 16.2 | 9.0 |
| Copper Alloy C71500 (copper - nickel, 30%) | 16.2 | 9.0 |
| Copper Alloy C93200 (bearing bronze) | 18.0 | 10.0 |

http://www.amesweb.info/Materials/Linear-Thermal-Expansion-Coefficient-Metals.aspx (downloaded Dec. 9, 2016).

"2. The motor of claim 1 wherein the one or more solid parts comprise a metal."

| 2. The motor of claim 1 wherein the one or more solid parts comprise a metal. | One or more solid parts in the Aisin Pump comprise a metal.<br><br>As explained above, the Aisin Pump includes one or more solid parts. The solid parts are believed to be made from metal. For example, as shown in the photo below, the Aisin Pump includes a metal insert.<br><br><br><br>20160816_141734.jpg<br><br>The Aisin Pump also includes metal inserts within mounting flanges of the body of PPS – GF 30: |

U.S. Patent No. 7,154,200: Claim 2

"2. The motor of claim 1 wherein the one or more solid parts comprise a metal."



20160808_102536.jpg

By way of further example, as shown in the photos below, the Aisin Pump includes solid metal electrical pathways that are used to connect the conductors to the controller circuit.

U.S. Patent No. 7,154,200: Claim 2

"2. The motor of claim 1 wherein the one or more solid parts comprise a metal."



20160808_103755.jpg

U.S. Patent No. 7,154,200. Claim 2

"2. The motor of claim 1 wherein the one or more solid parts comprise a metal."



20160808_103746.jpg

The Aisin Pump further includes metal laminations and metal wire windings as components of the stator substantially encapsulated within the body of PPS – GF 30:

U.S. Patent No. 7,154,200: Claim 2

"2. The motor of claim 1 wherein the one or more solid parts comprise a metal."



20160811_141210.jpg

Case 2:17-cv-07681-GW-JC   Document 1-19   Filed 10/20/17   Page 29 of 45   Page ID #:499

U.S. Patent No. 7,154,200: Claim 4

"4. The motor of claim 1 wherein the one or more solid parts comprise a metal insert molded within the body."

| 4. The motor of claim 1 wherein the one or more solid parts comprise a metal insert molded within the body. | The Aisin Pump comprises a motor wherein the one or more solid parts comprise a metal insert molded within the body.<br><br>As explained above, the Aisin Pump includes a number of solid parts within or near the body of PPS – GF 30. For example, the Aisin Pump includes a metal insert within the body of PPS – GF 30:<br><br><br><br>20160816_141734.jpg<br><br>The Aisin Pump also includes metal inserts within mounting flanges of the body of PPS – GF 30: |

"4. The motor of claim 1 wherein the one or more solid parts comprise a metal insert molded within the body."



20160808_102536.jpg

By way of further example, the Aisin Pump includes metal laminations and metal wire windings as components of the stator substantially encapsulated within the body of PPS – GF 30 as shown below:

U.S. Patent No. 7,154,200: Claim 4

"4. The motor of claim 1 wherein the one or more solid parts comprise a metal insert molded within the body."



20160811_141210.jpg

"6. The motor of claim 1 wherein there are a plurality of solid parts that will be either within or near the body, and"

| 6. The motor of claim 1 wherein there are a plurality of solid parts that will be either within or near the body, and | A plurality of the one or more solid parts of the Aisin Pump is either within or near the body.<br><br>The Aisin Pump includes a plurality of solid parts within or near the body of PPS – GF 30.  For example, the Aisin Pump includes a metal insert within the body of PPS – GF 30:<br><br><br><br>20160816_141734.jpg<br><br>The Aisin Pump also includes metal inserts within mounting flanges of the body of PPS – GF 30: |

U.S. Patent No. 7,154,200: Claim 6

"6. The motor of claim 1 wherein there are a plurality of solid parts that will be either within or near the body, and"



20160808_102536.jpg

By way of further example, the Aisin Pump includes metal electric pathways attached to the body of PPS – GF 30 that may connect conductors to the controller circuit.

U.S. Patent No. 7,154,200. Claim 6

"6. The motor of claim 1 wherein there are a plurality of solid parts that will be either within or near the body, and"



20160808_103755.jpg

U.S. Patent No. 7,154,200: Claim 6

"6. The motor of claim 1 wherein there are a plurality of solid parts that will be either within or near the body, and"



20160808_103746.jpg

The Aisin Pump further includes metal laminations and metal wire windings as components of the stator substantially encapsulated within the body of PPS – GF 30:

U.S. Patent No. 7,154,200. Claim 6

"6. The motor of claim 1 wherein there are a plurality of solid parts that will be either within or near the body, and"



20160811_141210.jpg

U.S. Patent No. 7,154,200: Claim 6

"the solid parts have different coefficients of linear thermal expansion, and"

| the solid parts have different coefficients of linear thermal expansion, and | The solid parts in the Aisin Pump have different coefficients of linear thermal expansion.<br><br>As explained above, the Aisin Pump includes a number of solid metal parts. Two or more of the solid parts are known to possess CLTE values that are different.<br><br>As stated above, one or more of the solid parts, such as the metal insert, metal inserts within the mounting flanges, metal electric pathways and metal laminations, are believed to be some type of steel. Steels for example are known to possess CLTE values from $0.63 \times 10^{-5}$ in/in °F to $0.68 \times 10^{-5}$ in/in °F: |
|---|---|

| Steels | | |
|---|---|---|
| Material | Coefficient of Thermal Expansion | |
| | $10^{-6}$ (°C)$^{-1}$ | $10^{-6}$ (°F)$^{-1}$ |
| Plain Carbon and Low Alloy Steels | | |
| Steel Alloy A36 | 11.7 | 6.5 |
| Steel Alloy 1020 | 11.7 | 6.5 |
| Steel Alloy 1040 | 11.3 | 6.3 |
| Steel Alloy 4140 | 12.3 | 6.8 |
| Steel Alloy 4340 | 12.3 | 6.8 |

http://www.amesweb.info/Materials/Linear-Thermal-Expansion-Coefficient-Metals.aspx (downloaded Dec. 9, 2016).

As stated above, the wire windings are believed to be some type of copper. Copper alloys are known to possess CLTE values from $0.90 \times 10^{-5}$ in/in °F to $1.14 \times 10^{-5}$ in/in °F, different from those of steels:

U.S. Patent No. 7,154,200. Claim 6

"the solid parts have different coefficients of linear thermal expansion, and"

| Copper-Base Alloys | | |
|---|---|---|
| Material | Coefficient of Thermal Expansion | |
| | $10^{-6}$ (°C)$^{-1}$ | $10^{-6}$ (°F)$^{-1}$ |
| Copper Alloy C11000 (electrolytic tough pitch) | 17.0 | 9.4 |
| Copper Alloy C17200 (beryllium - copper) | 16.7 | 9.3 |
| Copper Alloy C22000 (Commercial bronze, 90%) | 18.4 | 10.2 |
| Copper Alloy C23000 (Red brass, 85 %) | 18.7 | 10.4 |
| Copper Alloy C26000 (cartridge brass) | 19.9 | 11.1 |
| Copper Alloy C27000 (Yellow Brass) | 20.3 | 11.3 |
| Copper Alloy C36000 (free - cutting brass) | 20.5 | 11.4 |
| Copper Alloy C51000 (Phosphor bronze, 5% A) | 17.8 | 9.9 |
| Copper Alloy C62300 (Aluminum bronze, 9%) | 16.2 | 9.0 |
| Copper Alloy C71500 (copper - nickel, 30%) | 16.2 | 9.0 |
| Copper Alloy C93200 (bearing bronze) | 18.0 | 10.0 |

http://www.amesweb.info/Materials/Linear-Thermal-Expansion-Coefficient-Metals.aspx (downloaded Dec. 9, 2016).

U.S. Patent No. 7,154,200: Claim 6

"the thermoplastic material is designed to have a coefficient of linear thermal expansion intermediate the maximum and minimum coefficients of linear thermal expansion of the different solids."

| | |
|---|---|
| the thermoplastic material is designed to have a coefficient of linear thermal expansion intermediate the maximum and minimum coefficients of linear thermal expansion of the different solids. | The thermoplastic material in the Aisin Pump is designed to have a coefficient of linear thermal expansion intermediate the maximum and minimum coefficients of linear thermal expansion of the different solids.<br><br>As explained above, the Aisin Pump includes a body of PPS – GF 30:<br><br><br><br>20160808_102545.jpg |

U.S. Patent No. 7,194,288: Claim 6

"the thermoplastic material is designed to have a coefficient of linear thermal expansion intermediate the maximum and minimum coefficients of linear thermal expansion of the different solids."

| | | | |
|---|---|---|---|
| | PPS – GF 30 is known to possess CLTE values in the range of $0.50 \times 10^{-5}$ in/in °F to $2.06 \times 10^{-5}$ in/in °F when heated to temperatures between 212 °F and 392 °F, with an average value of $1.39 \times 10^{-5}$ in/in °F: | | |

| Thermal Properties | Metric | English | Comments |
|---|---|---|---|
| CTE, linear | 9.00 - 37.0 μm/m-°C | 5.00 - 20.6 μin/in-°F | Average value: 25.0 μm/m-°C Grade Count:8 |
|  | 10.0 - 52.0 μm/m-°C @Temperature 100 - 200 °C | 5.56 - 28.9 μin/in-°F @Temperature 212 - 392 °F | Average value: 31.0 μm/m-°C Grade Count:2 |

http://www.matweb.com/search/datasheet_print.aspx?matguid=c43bc743bdc0413ead2b87aca2e38a30 (downloaded Dec. 9, 2016)  Also, as indicated above, steels are known to possess a minimum CLTE value of $0.63 \times 10^{-5}$ in/in °F and a maximum CLTE value of $0.68 \times 10^{-5}$ in/in °F.  Because the range of known CLTE values of PPS – GF 30 spans these minimum and maximum CLTE values of steel, it can be said that the body of PPS – GF 30 of the Aisin Pump is known to possess a coefficient of linear thermal expansion intermediate the maximum and minimum coefficients of linear thermal expansion of one or more solid steel parts.

Also, as indicated above, steels are known to possess a minimum CLTE value of $0.63 \times 10^{-5}$ in/in °F and a maximum CLTE value of $0.68 \times 10^{-5}$ in/in °F and copper alloys are known to possess a minimum CLTE value of $0.90 \times 10^{-5}$ in/in °F and a maximum CLTE value of $1.14 \times 10^{-5}$ in/in °F.  Accordingly, the range of CLTEs intermediate the maximum and minimum CLTEs of the copper and steel solid components of the Aisin Pump extends from at least $0.69 \times 10^{-5}$ in/in °F to $0.89 \times 10^{-5}$ in/in °F.  Moreover, because the range of known CLTE values of PPS – GF 30 extends through this intermediate range of CLTE values, it can be said that the body of PPS – GF 30 of the Actuator is known to possess a coefficient of linear thermal expansion intermediate the maximum and minimum coefficients of linear thermal expansion of the steel and copper solid parts.

U.S. Patent No. 7,154,200: Claim 7

"7. The motor of claim 6 wherein the different solids comprise steel and copper."

| 7. The motor of claim 6 wherein the different solids comprise steel and copper. | Two or more of the different solid parts in the Aisin Pump comprise steel and copper.<br><br>Upon information and belief, two or more solid parts of the Aisin Pump are made from steel and copper. For example, the Aisin Pump includes a stator having metal laminations that are believed to be some type of steel and wire windings that are believed to be some type of copper:<br><br><br>20160816_141631.jpg<br><br>The Aisin Pump includes a metal insert that is also believed to be some type of steel: |

U.S. Patent No. 7,154,200. Claim 7

"7. The motor of claim 6 wherein the different solids comprise steel and copper."



20160816_141734.jpg

By way of further example, the Aisin Pump includes metal inserts within mounting flanges that are believed to be some type of steel:

U.S. Patent No. 7,154,200: Claim 7

"7. The motor of claim 6 wherein the different solids comprise steel and copper."



20160808_102536.jpg

The Aisin Pump further includes metal electrical pathways attached to the body of PPS – GF 30 having portions that are believed to be some type of steel, as well as metal connectors that are believed to be some type of copper:

U.S. Patent No. 7,154,200. Claim 7

"7. The motor of claim 6 wherein the different solids comprise steel and copper."



20160808_103755.jpg

U.S. Patent No. 7,154,200. Claim 7

"7. The motor of claim 6 wherein the different solids comprise steel and copper."



20160808_103746.jpg