# EXHIBIT 21

# U.S. Patent No. 7,154,200

Claims 1, 2, 4, 6, and 7

Toyota / Aisin Water Pump

Toyota P/N G9040-52010

Aisin P/N WQT-001.

| 1. A motor comprising: | The Toyota / Aisin Water Pump (the "Aisin Pump") has a Toyota part number G9040-52010 and Aisin part number WQT-001: |
|---|---|
| |  |

IMG_1896.JPG

| O.E. Part # | Manufacturer | AISIN Part # |
|---|---|---|
| 16120-49046 | Toyota | WPT-065 |
| 16120-49055 | Toyota | WPT-065 |
| 16120-49065 | Toyota | WPT-084 |
| 16120-49080 | Toyota | WPT-084 |
| 161A0-29015 | Toyota | WPT-190 |
| 161A0-39015 | Toyota | WPT-190 |
| 161A0-39025 | Toyota | WPT-191 |
| G9040-33030 | Toyota | WQT-002 |
| G9040-33040 | Toyota | WQT-002 |
| G9040-52010 | Toyota | WQT-001 |

Aisin Cooling Catalog 2016.pdf at 145 (hereinafter "Aisin Cooling Catalog"), *available at* http://aisinaftermarket.com/FlipBook/CoolingCatalog/mobile/index.html (downloaded Dec. 6, 2016)

The Aisin Pump is marked with the Aisin logo:

Case 2:17-cv-07681-GW-JC Document 1-21 Filed 10/20/17 Page 4 of 48 Page ID #:567
U.S. Patent No. 7,154,200: Claim 1
"1. A motor comprising:"



IMG_1900.JPG

The Aisin Pump is a water pump and is believed to be installed in the following 2016 Toyota models:

U.S. Patent No. 7,154,200: Claim 1
"1. A motor comprising:"

- ▪ Toyota Highlander Hybrid Limited 3.5L V6 - Electric/Gas

- ▪ Toyota Highlander LE 2.7L L4 - Gas

- ▪ Toyota Highlander XLE 3.5L V6 - Gas

- ▪ Toyota Highlander LE Plus 3.5L V6 - Gas

- ▪ Toyota Highlander Limited 3.5L V6 - Gas

- ▪ Toyota Highlander LE 3.5L V6 – Gas



See, http://usnews.rankingsandreviews.com/cars-trucks/Toyota_Highlander/2016/

- ▪ Toyota Prius C Four 1.5L L4 - Electric/Gas

- ▪ Toyota Prius C One 1.5L L4 - Electric/Gas

- ▪ Toyota Prius C Three 1.5L L4 - Electric/Gas

U.S. Patent No. 7,154,200: Claim 1
"1. A motor comprising:"

- ▪ Toyota Prius C Two 1.5L L4 - Electric/Gas

- ▪ Toyota Prius C Persona Series 1.5L L4 - Electric/Gas

- ▪ Toyota Prius V Five 1.8L L4 - Electric/Gas

- ▪ Toyota Prius V Four 1.8L L4 – Electric/Gas

- ▪ Toyota Prius V Three 1.8L L4 – Electric/Gas

- ▪ Toyota Prius V Two 1.8L L4 – Electric/Gas



http://o.aolcdn.com/dims-
global/dims3/GLOB/resize/708x398/quality/60/http://o.aolcdn.com/commerce/autodata/images/USC60TOC161D022000.jpg


http://parts.olathetoyota.com/oe-toyota/g904033030 (accessed December 12, 2016).

U.S. Patent No. 7,154,200: Claim 1

"1. A motor comprising:"

The Aisin Pump is made in Japan:



52010label.jpg

The Aisin Pump is an electric pump assembly, as indicated on the packaging label directly above and as listed below on the purchase receipt.



CCF_000055.pdf

As shown in greater detail below, the Aisin Pump is an electric motor having a stator and a rotor, where the stator is designed

U.S. Patent No. 7,154,200: Claim 1

"1. A motor comprising:"

to cause the rotor to rotate during operation.



IMG_1956.JPG

U.S. Patent No. 7,154,200: Claim 1
"1. A motor comprising:"



Electric Input

IMG_1905.JPG

"a) a stator substantially encapsulated within a body of thermoplastic material; and"

| a) a stator substantially encapsulated within a body of thermoplastic material; and | The Aisin Pump comprises a stator substantially encapsulated within a body of thermoplastic material. |
|---|---|
|  | The Aisin Pump includes a "PPS – GF 30" label: |



IMG_2043.JPG

"PPS – GF 30" refers to polyphenylene sulfide with 30% glass fiber filler ("PPS-GF30"). *See, e.g.,* U.S. Patent Publication 2009/0173903 (application No. 12/295,565), at ¶ 0114 ("The abbreviations of the resin names in the tables above are as follows. PPS-GF30: Polyphenylene sulfide resin containing 30 wt % of glass fibers").

PPS-GF30 is a thermoplastic – the excerpt pictured below is a summary of its properties (including the categories of which it is a member, which includes "thermoplastic") from the MatWeb material property data.

U.S. Patent No. 7,154,200. Claim 1

"a) a stator substantially encapsulated within a body of thermoplastic material; and"



http://www.matweb.com/search/DataSheet.aspx?MatGUID=c43bc743bdc0413ead2b87aca2e38a30&ckck=1 (downloaded Dec. 9, 2016).

The "PPS – GF 30" label on the Aisin Pump denotes that the plastic body of the Aisin Pump is made of this type of thermoplastic material.

U.S. Patent No. 7,154,200. Claim 1

"a) a stator substantially encapsulated within a body of thermoplastic material; and"

Body of Thermoplastic Material



IMG_1956.JPG

The Aisin Pump also includes a stator.  The general location of the stator is shown shaded in red in the photo below.

U.S. Patent No. 7,154,200: Claim 1

"a) a stator substantially encapsulated within a body of thermoplastic material; and"



IMG_1960.JPG

The stator is substantially encapsulated within the body of PPS – GF 30. For example, the photo below shows stator conductors (*i.e.,* wire windings) and stator poles substantially encapsulated within the body of PPS – GF 30.

U.S. Patent No. 7,154,200. Claim 1

"a) a stator substantially encapsulated within a body of thermoplastic material; and"



IMG_2010.JPG

U.S. Patent No. 7,154,200. Claim 1

"b) one or more solid parts used in the motor either within or near the body;"

| b) one or more solid parts used in the motor either within or near the body; | The Aisin Pump comprises one or more solid parts either within or near the body.<br><br>The Aisin Pump includes a number of solid parts within or near the body of PPS – GF 30. For example, the Aisin Pump includes a metal insert within the body PPS – GF 30:<br><br><br><br>IMG_1958.JPG<br><br>By way of further example, the Aisin Pump includes metal terminals each having a portion within the body of PPS – GF 30, as shown in the photos below: |

U.S. Patent No. 7,154,200: Claim 1

"b) one or more solid parts used in the motor either within or near the body;"



IMG_1951.JPG

U.S. Patent No. 7,154,200: Claim 1

"b) one or more solid parts used in the motor either within or near the body;"



Connection to Controller Circuit

Metal Electric Pathway

IMG_1926.JPG

U.S. Patent No. 7,154,200: Claim 1

"b) one or more solid parts used in the motor either within or near the body;"



IMG_1952.JPG

The Aisin Pump further includes a metal stator core and wire windings as components of the stator substantially encapsulated within the body of PPS – GF 30:

U.S. Patent No. 7,154,200: Claim 1

"b) one or more solid parts used in the motor either within or near the body;"



IMG_2010.JPG

U.S. Patent No. 7,194,268: Claim 1

"c) the thermoplastic material having a coefficient of linear thermal expansion such that the thermoplastic material contracts and expands at approximately the same rate as the one or more solid parts."

| c) the thermoplastic material having a coefficient of linear thermal expansion such that the thermoplastic material contracts and expands at approximately the same rate as the one or more solid parts. | The Aisin Pump comprises a thermoplastic material having a coefficient of linear thermal expansion such that the thermoplastic material contracts and expands at approximately the same rate as the one or more solid parts.<br><br>As explained above, the Aisin Pump includes a body that contains a label "PPS – GF 30," which refers to a thermoplastic material called polyphenylene sulfide with 30% glass fiber filler.  The "PPS – GF 30" label on the Aisin Pump denotes that the body of the Aisin Pump is made of this type of thermoplastic material.<br><br>The coefficient of linear thermal expansion ("CLTE" or "CTE") is a measurement that describes how the size of an object changes in one dimension (e.g., length) per unit rise in temperature: |

Most solid materials expand upon heating and contract when cooled. The change in length with temperature for a solid material can be expressed as:

$$(l_f - l_0)/l_0 = \alpha_1 (T_f - T_0) \quad \Delta l/l_0 = \alpha_1 \Delta T$$
$$\alpha_1 = 1/l(dl/dT)$$

where $l_0$ and $l_f$ represent, respectively, the original and final lengths with the temperature change from $T_0$ to $T_f$. The parameter $\alpha_1$ CTE and has units of reciprocal temperature ($K^{-1}$) such as $\mu m/m \cdot K$ or $10^{-6}/K$. Conversion factors are:

| To convert | To | Multiply by |
|---|---|---|
| $10^{-6}/K$ | $10^{-6}/°F$ | 0.55556 |
| $10^{-6}/°F$ | $10^{-6}/K$ | 1.8 |
| $ppm/°C$ | $10^{-6}/K$ | 1 |
| $10^{-6}/°C$ | $10^{-6}/K$ | 1 |
| $(\mu m/m)/°F$ | $10^{-6}/K$ | 1.8 |
| $(\mu m/m)/°C$ | $10^{-6}/K$ | 1 |
| $10^{-6}/R$ | $10-6/K$ | 1.8 |

The coefficient of thermal expansion is also often defined as the fractional increase in length per unit rise in temperature. The exact definition

http://www.owlnet.rice.edu/~msci301/ThermalExpansion.pdf  (downloaded Dec. 6, 2016).

U.S. Patent No. 7,154,200: Claim 1

"c) the thermoplastic material having a coefficient of linear thermal expansion such that the thermoplastic material contracts and expands at approximately the same rate as the one or more solid parts."

| | |
|---|---|
| | PPS – GF30 has a CLTE similar to one or more of the solid (e.g., metal) parts either within or near the body of PPS – GF 30 of the Aisin Pump and, accordingly, contracts and expands at approximately the same rate as those one or more solid parts.

More specifically, PPS – GF 30 is known to possess CLTE values in the range of $0.50 \times 10^{-5}$ in/in °F to $2.06 \times 10^{-5}$ in/in °F when heated to temperatures between 212 °F and 392 °F, with an average value of $1.39 \times 10^{-5}$ in/in °F:

| Thermal Properties | Metric | English | Comments |
|---|---|---|---|
| CTE, linear | 9.00 - 37.0 µm/m-°C | 5.00 - 20.6 µin/in-°F | Average value: 25.0 µm/m-°C Grade Count:8 |
|  | 10.0 - 52.0 µm/m-°C @Temperature 100 - 200 °C | 5.56 - 28.9 µin/in-°F @Temperature 212 - 392 °F | Average value: 31.0 µm/m-°C Grade Count:2 |

http://www.matweb.com/search/datasheet_print.aspx?matguid=c43bc743bdc0413ead2b87aca2e38a30 (downloaded Dec. 9, 2016)

One or more of the solid parts, such as the metal insert, metal inserts within the mounting flanges, metal electric pathways and metal stator core, are believed to be some type of steel.  Steels are known to possess CLTE values within the CLTE range of values of PPS – GF 30, namely from $0.63 \times 10^{-5}$ in/in °F to $0.68 \times 10^{-5}$ in/in °F:

| Steels | | |
|---|---|---|
| Material | Coefficient of Thermal Expansion | |
| | $10^{-6}$ (°C)$^{-1}$ | $10^{-6}$ (°F)$^{-1}$ |
| Plain Carbon and Low Alloy Steels | | |
| Steel Alloy A36 | 11.7 | 6.5 |
| Steel Alloy 1020 | 11.7 | 6.5 |
| Steel Alloy 1040 | 11.3 | 6.3 |
| Steel Alloy 4140 | 12.3 | 6.8 |
| Steel Alloy 4340 | 12.3 | 6.8 |

http://www.amesweb.info/Materials/Linear-Thermal-Expansion-Coefficient-Metals.aspx (downloaded Dec. 9, 2016). |

U.S. Patent No. 7,154,200. Claim 1

"c) the thermoplastic material having a coefficient of linear thermal expansion such that the thermoplastic material contracts and expands at approximately the same rate as the one or more solid parts."

| | |
|---|---|
| | The wire windings are believed to be some type of copper. Copper alloys are known to possess CLTE values within the CLTE range of values of PPS – GF 30, namely from 0.90 x $10^{-5}$ in/in °F to 1.14 x $10^{-5}$ in/in °F: |

| Copper-Base Alloys | | |
|---|---|---|
| **Material** | **Coefficient of Thermal Expansion** | |
| | $10^{-6}$ $(°C)^{-1}$ | $10^{-6}$ $(°F)^{-1}$ |
| Copper Alloy C11000 (electrolytic tough pitch) | 17.0 | 9.4 |
| Copper Alloy C17200 (beryllium - copper) | 16.7 | 9.3 |
| Copper Alloy C22000 (Commercial bronze, 90%) | 18.4 | 10.2 |
| Copper Alloy C23000 (Red brass, 85 %) | 18.7 | 10.4 |
| Copper Alloy C26000 (cartridge brass) | 19.9 | 11.1 |
| Copper Alloy C27000 (Yellow Brass) | 20.3 | 11.3 |
| Copper Alloy C36000 (free - cutting brass) | 20.5 | 11.4 |
| Copper Alloy C51000 (Phosphor bronze, 5% A) | 17.8 | 9.9 |
| Copper Alloy C62300 (Aluminum bronze, 9%) | 16.2 | 9.0 |
| Copper Alloy C71500 (copper - nickel, 30%) | 16.2 | 9.0 |
| Copper Alloy C93200 (bearing bronze) | 18.0 | 10.0 |

http://www.amesweb.info/Materials/Linear-Thermal-Expansion-Coefficient-Metals.aspx (downloaded Dec. 9, 2016).

U.S. Patent No. 7,154,200: Claim 2

"2. The motor of claim 1 wherein the one or more solid parts comprise a metal."

| 2. The motor of claim 1 wherein the one or more solid parts comprise a metal. | One or more solid parts in the Aisin Pump comprise a metal.<br><br>As explained above, the Aisin Pump includes one or more solid parts. The solid parts are believed to be made from metal. For example, as shown in the photo below, the Aisin Pump includes a metal insert.<br><br><br><br>IMG_1958.JPG<br><br><br>By way of further example, the Aisin Pump includes metal terminals each having a portion within the body of PPS – GF 30, as shown in the photos below: |

U.S. Patent No. 7,154,200. Claim 2

"2. The motor of claim 1 wherein the one or more solid parts comprise a metal."



IMG_1951.JPG

U.S. Patent No. 7,154,200: Claim 2

"2. The motor of claim 1 wherein the one or more solid parts comprise a metal."



IMG_1926.JPG

U.S. Patent No. 7,154,200: Claim 2

"2. The motor of claim 1 wherein the one or more solid parts comprise a metal."



IMG_1952.JPG

The Aisin Pump further includes a metal stator core and wire windings as components of the stator substantially encapsulated within the body of PPS – GF 30:

U.S. Patent No. 7,154,200. Claim 2

"2. The motor of claim 1 wherein the one or more solid parts comprise a metal."



IMG_2010.JPG

U.S. Patent No. 7,154,200: Claim 4

"4. The motor of claim 1 wherein the one or more solid parts comprise a metal insert molded within the body."

| 4. The motor of claim 1 wherein the one or more solid parts comprise a metal insert molded within the body. | One or more solid parts in the Aisin Pump comprise a metal insert molded within the body.<br><br>As explained above, the Aisin Pump includes a number of solid parts within or near the body of PPS – GF 30.  For example, the Aisin Pump includes a metal insert within the body of PPS – GF 30:<br><br><br><br>IMG_1958.JPG<br><br>The Aisin Pump also includes metal terminals each having a portion within the body of PPS – GF 30, as shown in the photos below: |

U.S. Patent No. 7,154,200: Claim 4

"4. The motor of claim 1 wherein the one or more solid parts comprise a metal insert molded within the body."



IMG_1951.JPG

U.S. Patent No. 7,154,200: Claim 4

"4. The motor of claim 1 wherein the one or more solid parts comprise a metal insert molded within the body."



IMG_1926.JPG

U.S. Patent No. 7,154,200: Claim 4

"4. The motor of claim 1 wherein the one or more solid parts comprise a metal insert molded within the body."



IMG_1952.JPG

The Aisin Pump further includes a metal stator core and wire windings as components of the stator substantially encapsulated within the body of PPS – GF 30:

U.S. Patent No. 7,154,200. Claim 4

"4. The motor of claim 1 wherein the one or more solid parts comprise a metal insert molded within the body."



Wire Winding (Conductor)

Stator Core

IMG_2010.JPG

"6. The motor of claim 1 wherein there are a plurality of solid parts that will be either within or near the body, and"

| 6. The motor of claim 1 wherein there are a plurality of solid parts that will be either within or near the body, and | A plurality of the one or more solid parts of the Aisin Pump is either within or near the body. |
|---|---|
| | The Aisin Pump includes a plurality of solid parts within or near the body of PPS – GF 30.  For example, the Aisin Pump includes a metal insert within the body of PPS – GF 30: |
| |  |
| | IMG_1958.JPG |
| | By way of further example, the Aisin Pump includes metal terminals each having a portion within the body of PPS – GF 30, as shown in the photos below: |

U.S. Patent No. 7,154,200. Claim 6

"6. The motor of claim 1 wherein there are a plurality of solid parts that will be either within or near the body, and"



IMG_1951.JPG

U.S. Patent No. 7,154,200: Claim 6

"6. The motor of claim 1 wherein there are a plurality of solid parts that will be either within or near the body, and"



IMG_1926.JPG

U.S. Patent No. 7,154,200. Claim 6

"6. The motor of claim 1 wherein there are a plurality of solid parts that will be either within or near the body, and"



IMG_1952.JPG

The electric pathways appear to include some type of copper, as shown below:

"6. The motor of claim 1 wherein there are a plurality of solid parts that will be either within or near the body, and"



Connections from control
circuit to conductors (steel with copper tips)

IMG_1941.JPG

The Aisin Pump further includes a metal stator core and wire windings that as components of the stator substantially encapsulated within the body of PPS – GF 30:

U.S. Patent No. 7,154,200: Claim 6

"6. The motor of claim 1 wherein there are a plurality of solid parts that will be either within or near the body, and"



Copper Wire Winding (Conductor)

Stator Core

IMG_2010.JPG

U.S. Patent No. 7,154,200. Claim 6

"the solid parts have different coefficients of linear thermal expansion, and"

| the solid parts have different coefficients of linear thermal expansion, and | The solid parts in the Aisin Pump have different coefficients of linear thermal expansion.<br><br>As explained above, the Aisin Pump includes a number of solid metal parts.  Two or more of the solid parts are known to possess CLTE values that are different.<br><br>As stated above, one or more of the solid parts, such as the metal insert, metal inserts within the mounting flanges, metal electric pathways and metal stator core, are believed to be some type of steel.  Steels for example are known to possess CLTE values from $0.63 \times 10^{-5}$ in/in °F to $0.68 \times 10^{-5}$ in/in °F: |
|---|---|

| Steels | | |
|---|---|---|
| Material | Coefficient of Thermal Expansion | |
| | $10^{-6}$ (°C)$^{-1}$ | $10^{-6}$ (°F)$^{-1}$ |
| Plain Carbon and Low Alloy Steels | | |
| Steel Alloy A36 | 11.7 | 6.5 |
| Steel Alloy 1020 | 11.7 | 6.5 |
| Steel Alloy 1040 | 11.3 | 6.3 |
| Steel Alloy 4140 | 12.3 | 6.8 |
| Steel Alloy 4340 | 12.3 | 6.8 |

http://www.amesweb.info/Materials/Linear-Thermal-Expansion-Coefficient-Metals.aspx (downloaded Dec. 9, 2016).

As stated above, the wire windings are believed to be some type of copper.  Copper alloys are known to possess CLTE values from $0.90 \times 10^{-5}$ in/in °F to $1.14 \times 10^{-5}$ in/in °F, different from those of steels:

U.S. Patent No. 7,154,200: Claim 6

"the solid parts have different coefficients of linear thermal expansion, and"

| Copper-Base Alloys | | |
|---|---|---|
| Material | Coefficient of Thermal Expansion | |
| | $10^{-6}$ (°C)$^{-1}$ | $10^{-6}$ (°F)$^{-1}$ |
| Copper Alloy C11000 (electrolytic tough pitch) | 17.0 | 9.4 |
| Copper Alloy C17200 (beryllium - copper) | 16.7 | 9.3 |
| Copper Alloy C22000 (Commercial bronze, 90%) | 18.4 | 10.2 |
| Copper Alloy C23000 (Red brass, 85 %) | 18.7 | 10.4 |
| Copper Alloy C26000 (cartridge brass) | 19.9 | 11.1 |
| Copper Alloy C27000 (Yellow Brass) | 20.3 | 11.3 |
| Copper Alloy C36000 (free - cutting brass) | 20.5 | 11.4 |
| Copper Alloy C51000 (Phosphor bronze, 5% A) | 17.8 | 9.9 |
| Copper Alloy C62300 (Aluminum bronze, 9%) | 16.2 | 9.0 |
| Copper Alloy C71500 (copper - nickel, 30%) | 16.2 | 9.0 |
| Copper Alloy C93200 (bearing bronze) | 18.0 | 10.0 |

http://www.amesweb.info/Materials/Linear-Thermal-Expansion-Coefficient-Metals.aspx (downloaded Dec. 9, 2016).

U.S. Patent No. 7,154,200: Claim 6

"the thermoplastic material is designed to have a coefficient of linear thermal expansion intermediate the maximum and minimum coefficients of linear thermal expansion of the different solids."

| the thermoplastic material is designed to have a coefficient of linear thermal expansion intermediate the maximum and minimum coefficients of linear thermal expansion of the different solids. | The thermoplastic material in the Aisin Pump is designed to have a coefficient of linear thermal expansion intermediate the maximum and minimum coefficients of linear thermal expansion of the different solids.<br><br>As explained above, the Aisin Pump includes a body of PPS – GF 30:<br><br><br>IMG_2043.JPG<br><br>PPS – GF 30 is known to possess CLTE values in the range of $0.50 \times 10^{-5}$ in/in °F to $2.06 \times 10^{-5}$ in/in °F when heated to temperatures between 212 °F and 392 °F, with an average value of $1.39 \times 10^{-5}$ in/in °F: |

U.S. Patent No. 7,154,200. Claim 6

"the thermoplastic material is designed to have a coefficient of linear thermal expansion intermediate the maximum and minimum coefficients of linear thermal expansion of the different solids."

| | Thermal Properties | Metric | English | Comments |
|---|---|---|---|---|
| | CTE, linear | 9.00 - 37.0 μm/m-°C | 5.00 - 20.6 μin/in-°F | Average value: 25.0 μm/m-°C  Grade Count:8 |
| |  | 10.0 - 52.0 μm/m-°C  @Temperature 100 - 200 °C | 5.56 - 28.9 μin/in-°F  @Temperature 212 - 392 °F | Average value: 31.0 μm/m-°C  Grade Count:2 |
| | http://www.matweb.com/search/datasheet_print.aspx?matguid=c43bc743bdc0413ead2b87aca2e38a30 (downloaded Dec. 9, 2016)  Also, as indicated above, steels are known to possess a minimum CLTE value of 0.63 x 10$^{-5}$ in/in °F and a maximum CLTE value of 0.68 x 10$^{-5}$ in/in °F.  Because the range of known CLTE values of PPS – GF 30 spans these minimum and maximum CLTE values of steel, it can be said that the body of PPS – GF 30 of the Aisin Pump is known to possess a coefficient of linear thermal expansion intermediate the maximum and minimum coefficients of linear thermal expansion of one or more solid steel parts.  Also, as indicated above, steels are known to possess a minimum CLTE value of 0.63 x 10$^{-5}$ in/in °F and a maximum CLTE value of 0.68 x 10$^{-5}$ in/in °F and copper alloys are known to possess a minimum CLTE value of 0.90 x 10$^{-5}$ in/in °F and a maximum CLTE value of 1.14 x 10$^{-5}$ in/in °F.  Accordingly, the range of CLTEs intermediate the maximum and minimum CLTEs of the copper and steel solid components of the Aisin Pump extends from at least 0.69 x 10$^{-5}$ in/in °F to 0.89 x 10$^{-5}$ in/in °F.  Moreover, because the range of known CLTE values of PPS – GF 30 extends through this intermediate range of CLTE values, it can be said that the body of PPS – GF 30 of the Actuator is known to possess a coefficient of linear thermal expansion intermediate the maximum and minimum coefficients of linear thermal expansion of the steel and copper solid parts. | | | |

U.S. Patent No. 7,154,200. Claim 7

"7. The motor of claim 6 wherein the different solids comprise steel and copper."

| 7. The motor of claim 6 wherein the different solids comprise steel and copper. | Two or more of the different solid parts in the Aisin Pump comprise steel and copper.<br><br>Upon information and belief, two or more solid parts of the Aisin Pump are made from steel and copper.  For example, the Aisin Pump includes a metal stator core that is believed to be some type of steel and wire windings that are believed to be some type of copper:<br><br><br>IMG_2010.JPG<br><br>The Aisin Pump also includes a metal insert that is also believed to be some type of steel: |

U.S. Patent No. 7,154,200: Claim 7

"7. The motor of claim 6 wherein the different solids comprise steel and copper."



Metal Insert

IMG_1958.JPG

The Aisin Pump further includes metal terminals contained partially within the body of PPS – GF 30 and having portions that are believed to be some type of steel:

U.S. Patent No. 7,154,200. Claim 7

"7. The motor of claim 6 wherein the different solids comprise steel and copper."



IMG_1951.JPG

U.S. Patent No. 7,154,200: Claim 7

"7. The motor of claim 6 wherein the different solids comprise steel and copper."



IMG_1952.JPG

The metal electric pathway also appear to have portions of some type of copper, as shown below:

U.S. Patent No. 7,154,200: Claim 7

"7. The motor of claim 6 wherein the different solids comprise steel and copper."



IMG_1941.JPG