# EXHIBIT 23

# U.S. Patent No. 7,683,509

Claims 14 and 15

Toyota / Aisin Pump

Toyota P/N 161A0-39025

Aisin P/N WPT-191

U.S. Patent No. 7,683,509. Claim 14

"14. A fluid-cooled motor comprising:"

| 14. A fluid-cooled motor comprising: | The Toyota / Aisin Water Pump (the "Aisin Pump") has a Toyota part number 161A0-39025 and Aisin part number WPT-191: |
|---|---|



20160808_084936.jpg

| O.E. Part # | Manufacturer | AISIN Part # |
|---|---|---|
| 16120-49046 | Toyota | WPT-065 |
| 16120-49055 | Toyota | WPT-065 |
| 16120-49065 | Toyota | WPT-084 |
| 16120-49080 | Toyota | WPT-084 |
| 161A0-29015 | Toyota | WPT-190 |
| 161A0-39015 | Toyota | WPT-190 |
| 161A0-39025 | Toyota | WPT-191 |

Aisin Cooling Catalog 2016.pdf at 145 (hereinafter "Aisin Cooling Catalog"), *available at* http://aisinaftermarket.com/FlipBook/CoolingCatalog/mobile/index.html (downloaded Dec. 6, 2016)

The Aisin Pump is marked with both the Toyota and Aisin logos:

U.S. Patent No. 7,683,509: Claim 14

"14. A fluid-cooled motor comprising:"



20160808_085239.jpg

The Aisin Pump is believed to be installed in the following 2016 Toyota models:

- 2016 Toyota Avalon Hybrid Limited 2.5L L4 - Electric/Gas

U.S. Patent No. 7,683,509: Claim 14

"14. A fluid-cooled motor comprising:"



See, http://www.toyota.com/avalon/

- 2016 Toyota Camry Hybrid XLE 2.5L L4 - Electric/Gas

- 2016 Toyota Camry Hybrid LE 2.5L L4 - Electric/Gas

- 2016 Toyota Camry Hybrid SE 2.5L L4 - Electric/Gas



U.S. Patent No. 7,683,509: Claim 14

"14. A fluid-cooled motor comprising:"

See, http://www.toyota.com/camry/

http://parts.olathetoyota.com/oe-toyota/161a039025 (accessed December 12, 2016).

The Aisin Pump is made in Japan:



20160808_084959.jpg

The Aisin Pump is a water pump containing an electric motor, as indicated on the purchase receipt:



20160808_084505.jpg

The Aisin Pump comprises a fluid-cooled electromagnetic field-functioning device.  For example, the Aisin Pump contains a fluid pathway for the water that it pumps. The water pumped by the Aisin pump cools the motor. See, e.g., U.S. Pat. No. 7,683,509 at 1:67-2:4 ("Other fluids, and liquids in particular, typically have a high enough heat capacity that they can be used to carry away heat. For example, a water pump driven by a motor uses the water to cool the pump. "):

U.S. Patent No. 7,683,509: Claim 14

"14. A fluid-cooled motor comprising:"



20160808_085225.jpg

Additionally, the Aisin Pump contains a rotating shaft powered by an electric motor, and an electric input.

U.S. Patent No. 7,683,509. Claim 14

"14. A fluid-cooled motor comprising:"



20160808_085225.jpg

U.S. Patent No. 7,685,509. Claim 14

"14. A fluid-cooled motor comprising:"



20160808_090111.jpg

U.S. Patent No. 7,685,509: Claim 14
"a) at least one electrical conductor;"

| a) at least one electrical conductor; | The Aisin Pump comprises at least one electrical conductor. For example, as shown in the photo below, the Aisin Pump comprises wire windings that function as electrical conductors.  20160811_130736.jpg |

U.S. Patent No. 7,685,509: Claim 14

"b) a monolithic body of injection molded thermoplastic material"

| b) a monolithic body of injection molded thermoplastic material | The Aisin Pump contains a monolithic body of injection molded thermoplastic material.<br><br>The Aisin Pump comprises a monolithic body that includes a "PPS – GF 30" label:<br><br> |

"b) a monolithic body of injection molded thermoplastic material"

20160808_085341.jpg

"PPS – GF 30" refers to polyphenylene sulfide with 30% glass fiber filler ("PPS-GF30"). See, e.g., U.S. Patent Publication 2009/0173903 (application No. 12/295,565), at ¶ 0114 ("The abbreviations of the resin names in the tables above are as follows. PPS-GF30: Polyphenylene sulfide resin containing 30 wt % of glass fibers").

PPS – GF 30 is a thermoplastic – the excerpt pictured below is a summary of its properties (including the categories of which it is a member, which includes "thermoplastic") from the MatWeb database of material property data.



http://www.matweb.com/search/DataSheet.aspx?MatGUID=c43bc743bdc0413ead2b87aca2e38a30&ckck=1 (downloaded Dec. 9, 2016).

PPS – GF 30 is a thermoplastic that is commonly used in injection molding processes to manufacture parts.

U.S. Patent No. 7,685,509, Claim 14

"b) a monolithic body of injection molded thermoplastic material"



https://plastics.ulprospector.com/generics/41/polyphenylene-sulfide-pps (accessed Dec. 15, 2016).

The monolithically formed body of the motor of the Aisin Pump contains markings that indicate it as manufactured using injection molding.  For example, as shown in the images below, the monolithically formed body of the Aisin Pump shows signs of gates and knockout pins, such markings being associated only with injection molded manufacturing.

U.S. Patent No. 7,685,509. Claim 14

"b) a monolithic body of injection molded thermoplastic material"



20160808_085341.jpg

U.S. Patent No. 7,685,509. Claim 14

"b) a monolithic body of injection molded thermoplastic material"



20160808_085347.jpg

U.S. Patent No. 7,685,509. Claim 14

"b) a monolithic body of injection molded thermoplastic material"



20160808_095549.jpg

U.S. Patent No. 7,683,509: Claim 14

"substantially encapsulating the at least one conductor; and"

| substantially encapsulating the at least one conductor; and | The Aisin Pump comprises an injection molded thermoplastic material that substantially encapsulates the at least one conductor.<br><br>As shown in the images below, the thermoplastic material of which the Aisin Pump's body is formed, as described above, encapsulates the copper wire windings that operate as the at least one conductor.<br><br><br><br>20160811_130736.jpg |

U.S. Patent No. 7,685,509: Claim 14

"c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway,"

| c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway, | The Aisin Pump comprises a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway.<br><br>As shown below, the Aisin Pump comprises a curved heat transfer fluid pathway in the monolithic body described above. This pathway contains at least one fluid inlet and at least one fluid outlet for heat transfer fluid. The fluid inlet allows heat transfer fluid (water) to enter the fluid pathway and the fluid outlet allows the fluid to exit the pathway, thereby allowing passage of heat transfer fluid through the pathway.<br><br><br>20160808_085216.jpg |

U.S. Patent No. 7,685,509. Claim 14

"c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway,"

| | |
|---|---|
| | As shown in the images below, the Aisin Pump contains at least one fluid inlet and at least one fluid outlet to the heat transfer fluid pathway in the monolithic body of the Aisin Pump.  The fluid inlet allows heat transfer fluid (e.g., water) to enter the fluid pathway and the fluid outlet allows the fluid to exit the pathway, thereby allowing passage of heat transfer fluid through the pathway.  20160808_085216.jpg |

U.S. Patent No. 7,683,509: Claim 14

"wherein the monolithic body of injection molded thermoplastic material substantially encapsulates a stator of the motor."

| wherein the monolithic body of injection molded thermoplastic material substantially encapsulates a stator of the motor. | The monolithic body of injection molded thermoplastic material of the Aisin Pump substantially encapsulates a stator of the motor. <br><br> For example, as the images below show, the stator of the Aisin Pump is encapsulated by the injection molded thermoplastic material of the body of the motor. <br><br>  <br><br> 20160811_130736.jpg |

| 15. A pump comprising the motor of claim 14. | The Aisin Pump is a pump comprising the motor of claim 14.<br><br>*See* Chart of Claim 14, above.<br><br>For example, the Aisin Pump is a water pump, as indicated on the purchase receipt:<br><br><br><br>20160808_084505.jpg |



20160808_084505.jpg

Additionally, the Aisin Pump contains the fluid-cooled motor of Claim 14.



20160808_085225.jpg



20160808_090111.jpg