# EXHIBIT 24

# U.S. Patent No. 7,683,509

Claims 14 and 15.
Toyota / Aisin Pump
Toyota P/N 161A0-39035

U.S. Patent No. 7,683,509: Claim 14

"14. A fluid-cooled motor comprising:"

| 14. A fluid-cooled motor comprising: | The Toyota / Aisin Water Pump (the "Aisin Pump") has Toyota part number 161A0-39035:<br><br><br><br>20160808_101959.jpg<br><br>The Aisin Pump is marked with the Aisin logo. |

U.S. Patent No. 7,683,509. Claim 14
"14. A fluid-cooled motor comprising:"



20160808_102609.jpg

The Aisin Pump is a water pump and is believed to be installed in the following 2016 Toyota models:

- 2016 Toyota Prius Four Touring 1.8L L4 - Electric/Gas

- 2016 Toyota Prius Three Touring 1.8L L4 - Electric/Gas

- 2016 Toyota Prius Two Eco 1.8L L4 - Electric/Gas

- 2016 Toyota Prius Two 1.8L L4 - Electric/Gas

U.S. Patent No. 7,683,509. Claim 14
"14. A fluid-cooled motor comprising:"

- 2016 Toyota Prius Four 1.8L L4 - Electric/Gas

- 2016 Toyota Prius Three 1.8L L4 - Electric/Gas



See, http://www.toyota.com/configurator/#!/build/step/model/year/2016/series/prius/model/1228

http://parts.olathetoyota.com/oe-toyota/161a039035 (accessed December 12, 2016).

The Aisin pump is made in Japan:

U.S. Patent No. 7,683,509. Claim 14

"14. A fluid-cooled motor comprising:"



20160808_101959.jpg

The Aisin Pump is a water pump containing a fluid-cooled electric motor.  As shown below, the Aisin Pump is referred to as a pump.

U.S. Patent No. 7,683,509: Claim 14
"14. A fluid-cooled motor comprising:"



U.S. Patent No. 7,683,509: Claim 14

"14. A fluid-cooled motor comprising:"

| | |
|---|---|
| | 20160808_084505.jpg<br><br>The water pumped by the Aisin Pump cools the motor. See, e.g., U.S. Pat. No, 7,683,509 at 1:67-2:4 ("Other fluids, and liquids in particular, typically have a high enough heat capacity that they can be used to carry away heat. For example, a water pump driven by a motor uses the water to cool the pump. "):<br><br>By way of further example, the Aisin Pump contains a heat transfer fluid pathway to conduct fluid that cools the motor:<br><br><br><br>20160808_102545.jpg |

U.S. Patent No. 7,683,509. Claim 14

"14. A fluid-cooled motor comprising:"

Additionally, the Aisin Pump contains a rotating shaft powered by an electric motor, and an electric input.



Fluid pathway

Electric input

Shaft

20160808_102545.jpg

U.S. Patent No. 7,685,509. Claim 14
"14. A fluid-cooled motor comprising:"



20160808_102914.jpg

U.S. Patent No. 7,685,509: Claim 14
"a) at least one electrical conductor;"

| a) at least one electrical conductor; | The Aisin Pump comprises at least one electrical conductor. |
|---|---|
| | The Aisin Pump comprises copper wire windings that function as electrical conductors. |
| |  |
| | 20160816_141631.jpg |

U.S. Patent No. 7,685,509: Claim 14
"b) a monolithic body of injection molded thermoplastic material"

| b) a monolithic body of injection molded thermoplastic material | The Aisin Pump contains a monolithic body of injection molded thermoplastic material.<br><br>The Aisin Pump includes a monolithic body formed from a material identified on the Aisin Pump as "PPS – GF 30."<br><br><br><br>20160808_102536.jpg & 20160808_102549.jpg<br><br>"PPS – GF 30" refers to polyphenylene sulfide with 30% glass fiber filler ("PPS-GF30"). *See, e.g.,* U.S. Patent Publication 2009/0173903 (application No. 12/295,565), at ¶ 0114 ("The abbreviations of the resin names in the tables above are as follows. PPS-GF30: Polyphenylene sulfide resin containing 30 wt % of glass fibers").<br><br>PPS-GF30 is a thermoplastic – below is a summary of its properties (including the categories of which it is a member, which includes "thermoplastic") from the MatWeb database of materials properties. |

U.S. Patent No. 7,685,509. Claim 14

"b) a monolithic body of injection molded thermoplastic material"



http://www.matweb.com/search/DataSheet.aspx?MatGUID=c43bc743bdc0413ead2b87aca2e38a30&ckck=1 (downloaded Dec. 9, 2016).

The "PPS – GF 30" label on the Aisin Pump denotes that the plastic body of the Aisin Pump is made of this type of thermoplastic material.

U.S. Patent No. 7,685,509. Claim 14

"b) a monolithic body of injection molded thermoplastic material"

Body of thermoplastic material



20160816_141536.jpg

PPS – GF 30 is a thermoplastic that is commonly used in injection molding processes to manufacture parts.

U.S. Patent No. 7,685,509: Claim 14

"b) a monolithic body of injection molded thermoplastic material"



https://plastics.ulprospector.com/generics/41/polyphenylene-sulfide-pps (downloaded Dec. 15, 2016).

The monolithically formed body of the motor of the Aisin Pump contains markings that indicate it as manufactured using injection molding.  For example, as shown in the images below, the monolithically formed body of the Aisin Pump shows signs of gates and knockout pins, such markings being associated only with injection molded manufacturing.

U.S. Patent No. 7,685,509. Claim 14

"b) a monolithic body of injection molded thermoplastic material"



Gates
(circled in red)

20160808_102536.jpg

U.S. Patent No. 7,685,509. Claim 14
"b) a monolithic body of injection molded thermoplastic material"



Knockout pins (circled in red)

20160808_103800.jpg

"substantially encapsulating the at least one conductor; and"

| substantially encapsulating the at least one conductor; and | The Aisin Pump comprises a monolithic body of injection molded thermoplastic material that substantially encapsulates the at least one conductor.<br><br>The thermoplastic material of which the Aisin Pump's body is formed, as described above, encapsulates the copper wire windings that operate as the at least one conductor.<br><br><br><br>20160816_141631.jpg |

U.S. Patent No. 7,685,509. Claim 14

"c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway,"

| c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway, | The Aisin Pump comprises a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway. <br><br> As shown below, the Aisin Pump comprises a curved heat transfer fluid pathway in the monolithic body described above. This pathway contains at least one fluid inlet and at least one fluid outlet for heat transfer fluid. The fluid inlet allows heat transfer fluid (water) to enter the fluid pathway and the fluid outlet allows the fluid to exit the pathway, thereby allowing passage of heat transfer fluid through the pathway. <br><br>  |

U.S. Patent No. 7,685,509. Claim 14

"c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway,"

20160808_102536.jpg

As shown in the images below, the Aisin Pump contains at least one fluid inlet and at least one fluid outlet to the heat transfer fluid pathway in the monolithic body of the Aisin Pump.  The fluid inlet allows heat transfer fluid (e.g., water) to enter the fluid pathway and the fluid outlet allows the fluid to exit the pathway, thereby allowing passage of heat transfer fluid through the pathway.



20160808_102536.jpg

U.S. Patent No. 7,685,509, Claim 14

"wherein the monolithic body of injection molded thermoplastic material substantially encapsulates a stator of the motor."

| wherein the monolithic body of injection molded thermoplastic material substantially encapsulates a stator of the motor. | The monolithic body of injection molded thermoplastic material of the motor of the Aisin Pump substantially encapsulates a stator of the motor.<br><br>The stator of the motor of the Aisin Pump is encapsulated by the injection molded thermoplastic material of the body of the motor.<br><br><br><br>20160816_141631.jpg |

| | |
|---|---|
| 15. A pump comprising the motor of claim 14. | The Aisin Pump is a pump comprising the motor of claim 14.<br><br>*See* Chart of Claim 14, above.<br><br>For example, the Aisin Pump is a water pump.  As shown below, the Aisin Pump is referred to as a pump.<br><br><br><br>20160808_084505.jpg |

Additionally, the Aisin Pump contains the fluid-cooled motor of Claim 14.  The Aisin Pump contains a heat transfer fluid pathway to conduct fluid that cools the motor:



20160808_102545.jpg

Additionally, the Aisin Pump contains a rotating shaft powered by an electric motor, and an electric input.



20160808_102545.jpg



Circuit board

Motor

Electric input

20160808_102914.jpg