# EXHIBIT 25

# U.S. Patent No. 7,683,509

Claims 1, 2, 14, and 15.
Toyota / Aisin Water Pump
Toyota P/N  G9040-52010

| 1. A fluid-cooled electromagnetic field-functioning device comprising: | The Toyota / Aisin Water Pump (the "Aisin Pump") has a Toyota part number  G9040-52010:  IMG_1896.JPG |

U.S. Patent No. 7,685,509 Claim 1

"1. A fluid-cooled electromagnetic field-functioning device comprising:"

The Aisin Pump is marked with the Aisin logo:



IMG_1900.JPG

U.S. Patent No. 7,685,509: Claim 1

"1. A fluid-cooled electromagnetic field-functioning device comprising:"

The Aisin Pump is a water pump and is believed to be installed in the following 2016 Toyota models:

- Toyota Highlander Hybrid Limited 3.5L V6 - Electric/Gas

- Toyota Highlander LE 2.7L L4 - Gas

- Toyota Highlander XLE 3.5L V6 - Gas

- Toyota Highlander LE Plus 3.5L V6 - Gas

- Toyota Highlander Limited 3.5L V6 - Gas

- Toyota Highlander LE 3.5L V6 – Gas



*See* http://www.toyota.com/highlander/

- Toyota Prius C Four 1.5L L4 - Electric/Gas

- Toyota Prius C One 1.5L L4 - Electric/Gas

- Toyota Prius C Three 1.5L L4 - Electric/Gas

U.S. Patent No. 7,689,309: Claim 1

"1. A fluid-cooled electromagnetic field-functioning device comprising:"

- Toyota Prius C Two 1.5L L4 - Electric/Gas

- Toyota Prius C Persona Series 1.5L L4 - Electric/Gas

- Toyota Prius V Five 1.8L L4 - Electric/Gas

- Toyota Prius V Four 1.8L L4 – Electric/Gas

- Toyota Prius V Three 1.8L L4 – Electric/Gas

- Toyota Prius V Two 1.8L L4 – Electric/Gas



*See* http://www.toyota.com/prius/

http://parts.olathetoyota.com/oe-toyota/g904052010 (accessed January 23, 2017).

"1. A fluid-cooled electromagnetic field-functioning device comprising:"

The Aisin Pump is a pump containing a fluid-cooled electric motor. Specifically, the Aisin pump is a water pump.



52010box.jpg

The Aisin Pump is made in Japan:



52010box.jpg

"1. A fluid-cooled electromagnetic field-functioning device comprising:"

The Aisin Pump comprises a fluid-cooled electromagnetic field-functioning device. For example, the Aisin Pump contains a fluid pathway to conduct water. The water pumped by the Aisin Pump cools the motor. *See, e.g.,* U.S. Pat. No, 7,683,509 at 1:67-2:4 ("Other fluids, and liquids in particular, typically have a high enough heat capacity that they can be used to carry away heat. For example, a water pump driven by a motor uses the water to cool the pump. "):



IMG_1916.JPG

U.S. Patent No. 7,683,509: Claim 1

"1. A fluid-cooled electromagnetic field-functioning device comprising:"

By way of further example, the Aisin Pump contains a stator assembly comprising poles with wire windings wrapped around said poles. The windings and poles, combined with the electric input, create a rotating magnetic field. At least one (permanent) magnet is contained within a rotor, which sits in the middle of the stator assembly. The rotor fits into a molded space in the monolithic body of the motor of the Aisin Pump, such space being located in the middle of the stator assembly. This location situates the magnet in the center of the poles with copper wire windings wrapped around them. The electric input provides a charge to these windings (conductors), which then allows the polarity of the poles to change. The magnet then rotates with the changing polarities of the poles.

Below is a picture of the permanent magnet of the rotor, shown in cross section:



IMG_1990.JPG

U.S. Patent No. 7,683,509. Claim 1

"1. A fluid-cooled electromagnetic field-functioning device comprising:"



Pictured below are the conductors (wire windings) situated around the molded space in which the rotor, containing the at least one magnet, sits:

U.S. Patent No. 7,689,509: Claim 1

"1. A fluid-cooled electromagnetic field-functioning device comprising:"



IMG_2008.JPG

U.S. Patent No. 7,683,509: Claim 1
"a) at least one electrical conductor;"

| a) at least one electrical conductor; | The Aisin Pump comprises at least one electrical conductor. |
|---|---|
| | As shown in the photo below, the Aisin Pump comprises copper wire windings that function as electrical conductors. |
| |  |
| | IMG_2010.JPG |

Conductors (wire windings)

Case 2:17-cv-07681-GW-JC   Document 1-25   Filed 10/20/17   Page 14 of 35   Page ID #:728
U.S. Patent No. 7,685,509: Claim 1
"b) a monolithic body of injection molded thermoplastic material"

| b) a monolithic body of injection molded thermoplastic material | The Aisin Pump contains a monolithic body of injection molded thermoplastic material. |
|---|---|

The Aisin Pump includes a "PPS – GF 30" label:



"PPS-GF30"

IMG_2043.JPG

"PPS – GF 30" refers to polyphenylene sulfide with 30% glass fiber filler ("PPS-GF30"). See, e.g., U.S. Patent Publication 2009/0173903 (application No. 12/295,565), at ¶ 0114 ("The abbreviations of the resin names in the tables above are as follows. PPS-GF30: Polyphenylene sulfide resin containing 30 wt % of glass fibers").

PPS-GF30 is a thermoplastic – the excerpt pictured below is a summary of its properties (including the categories of which it

"b) a monolithic body of injection molded thermoplastic material"

is a member, which includes "thermoplastic") from the MatWeb material property database.



http://www.matweb.com/search/DataSheet.aspx?MatGUID=c43bc743bdc0413ead2b87aca2e38a30&ckck=1 (downloaded Dec. 9, 2016).

The "PPS – GF 30" label on the Aisin Pump denotes that the plastic body of the Aisin Pump is made of this type of thermoplastic material.

U.S. Patent No. 7,689,509: Claim 1

"b) a monolithic body of injection molded thermoplastic material"



IMG_1910.JPG

PPS – GF30 is a thermoplastic that is commonly used in injection molding processes to manufacture parts.

U.S. Patent No. 7,685,509: Claim 1

"b) a monolithic body of injection molded thermoplastic material"





Polyphenylene Sulfide (PPS) - A crystalline polymer having a symmetrical, rigid backbone chain consisting of recurring p-substituted benzene rings and sulfur atoms. A variety of grades suitable for slurry coating, fluidized-bed coating, electrostatic spraying, as well as injection and compression molding are offered. Polyphenylene sulfides exhibit outstanding chemical resistance, thermal stability, dimensionally stability, and fire resistance. PPS's extreme inertness toward organic solvents, and inorganic salts and bases make for outstanding performance as a corrosion-resistant coating suitable for contact with foods.

https://plastics.ulprospector.com/generics/41/polyphenylene-sulfide-pps (accessed Dec. 15, 2016).

The monolithically formed body of the Aisin Pump contains markings that indicate it as manufactured using injection molding.  As shown in the images below, the monolithically formed body of the Aisin Pump shows signs of gates and knockout pins, such markings being associated only with injection molded manufacturing.

U.S. Patent No. 7,683,509: Claim 1

"b) a monolithic body of injection molded thermoplastic material"



Knockout Pins

IMG_1916.JPG

U.S. Patent No. 7,683,509: Claim 1

"b) a monolithic body of injection molded thermoplastic material"



IMG_1900.JPG

The body of the Aisin pump is visibly fused into a single monolithic piece:

U.S. Patent No. 7,689,509: Claim 1

"b) a monolithic body of injection molded thermoplastic material"



IMG_1918.JPG

U.S. Patent No. 7,689,509. Claim 1

"b) a monolithic body of injection molded thermoplastic material"



IMG_1920.JPG

U.S. Patent No. 7,689,509: Claim 1

"b) a monolithic body of injection molded thermoplastic material"



IMG_2040.JPG

U.S. Patent No. 7,685,509: Claim 1

"substantially encapsulating the at least one conductor; and"

| substantially encapsulating the at least one conductor; and | The Aisin Pump comprises an injection molded thermoplastic material that substantially encapsulates the at least one conductor. |
|---|---|
| | The image below shows that the thermoplastic material of which the Aisin Pump body is formed (described above) encapsulates the copper wire windings that operate as the at least one conductor. |
| |  |
| | IMG_2037.JPG |

U.S. Patent No. 7,685,969: Claim 1

"c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway, and"

| | |
|---|---|
| c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway, and | The Aisin Pump comprises a non-linear heat transfer fluid pathway in the monolithic body.<br><br>As shown below, the Aisin Pump comprises a curved heat transfer fluid pathway in the monolithic body described above. This pathway contains at least one fluid inlet and at least one fluid outlet for heat transfer fluid. The fluid inlet allows heat transfer fluid (water) to enter the fluid pathway and the fluid outlet allows the fluid to exit the pathway, thereby allowing passage of heat transfer fluid through the pathway.<br><br><br>IMG_1916.JPG |

U.S. Patent No. 7,689,509: Claim 1

"c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway, and"



IMG_1946.JPG

U.S. Patent No. 7,685,369: Claim 1

"wherein the monolithic body completely covers the exterior of the device except for the at least one fluid inlet and the at least one fluid outlet."

| wherein the monolithic body completely covers the exterior of the device except for the at least one fluid inlet and the at least one fluid outlet. | The Aisin Pump comprises a monolithic body which completely covers the exterior of the device, except for the at least one fluid inlet and the at least one fluid outlet.<br><br>As the pictures below show, the monolithic body of the Aisin Pump completely covers the exterior of the pump, excepting the at least one fluid inlet and the at least one fluid outlet.  The entire exterior of the Aisin Pump is composed of the thermoplastic material described above, and this thermoplastic material encompasses the entire exterior of the pump, excepting the at least one fluid inlet and the at least one fluid outlet.<br><br><br><br>IMG_2002.JPG |

U.S. Patent No. 7,689,309: Claim 2

"2. The electromagnetic field-functioning device of claim 1 wherein the device comprises a pump."

| 2. The electromagnetic field-functioning device of claim 1 wherein the device comprises a pump. | *See* Chart of Claim 1, above. |
|---|---|

"14. A fluid-cooled motor comprising:"

| 14. A fluid-cooled motor comprising: | *See* Chart of Claim 1, above. |
|---|---|

U.S. Patent No. 7,685,509. Claim 14

"a) at least one electrical conductor;"

| a) at least one electrical conductor; | *See* Chart of Claim 1, above. |
|---|---|

U.S. Patent No. 7,685,509. Claim 14

"b) a monolithic body of injection molded thermoplastic material"

| b) a monolithic body of injection molded thermoplastic material | *See* Chart of Claim 1, above. |
|---|---|

U.S. Patent No. 7,685,509. Claim 14

"substantially encapsulating the at least one conductor; and"

| substantially encapsulating the at least one conductor; and | *See* Chart of Claim 1, above. |
|---|---|

U.S. Patent No. 7,685,509. Claim 14

"c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway,"

| c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway, | *See* Chart of Claim 1, above. |
| --- | --- |

"wherein the monolithic body of injection molded thermoplastic material substantially encapsulates a stator of the motor."

| wherein the monolithic body of injection molded thermoplastic material substantially encapsulates a stator of the motor. | The monolithic body of injection molded thermoplastic material of the Aisin Pump substantially encapsulates a stator of the motor.<br><br>As the images below show, the stator of the Aisin Pump is encapsulated by the injection molded thermoplastic material of the body of the motor. Metal laminations comprise the poles of the stator, with wire windings around them:<br><br><br><br>IMG_2041.JPG |

U.S. Patent No. 7,685,509. Claim 14

"wherein the monolithic body of injection molded thermoplastic material substantially encapsulates a stator of the motor."



IMG_2007.JPG

U.S. Patent No. 7,683,509: Claim 14

"wherein the monolithic body of injection molded thermoplastic material substantially encapsulates a stator of the motor."

| 15. A pump comprising the motor of claim 14. | *See* Chart of Claims 1 and 14, above. |
|---|---|