# EXHIBIT 26

# U.S. Patent No. 7,683,509

Claims 1, 2, 14, and 15.
Toyota / Aisin Water Pump
Toyota P/N G9040-33030
Aisin P/N WQT-002

U.S. Patent No. 7,685,969. Claim 1
"1. A fluid-cooled electromagnetic field-functioning device comprising:"

| 1. A fluid-cooled electromagnetic field-functioning device comprising: | The Toyota / Aisin Water Pump (the "Aisin Pump") has a Toyota part number G9040-33030 and Aisin part number WQT-002: |
|---|---|



20160808_151508.jpg

| O.E. Part # | Manufacturer | AISIN Part # |
|---|---|---|
| 16120-49046 | Toyota | WPT-065 |
| 16120-49055 | Toyota | WPT-065 |
| 16120-49065 | Toyota | WPT-084 |
| 16120-49080 | Toyota | WPT-084 |
| 161A0-29015 | Toyota | WPT-190 |
| 161A0-39015 | Toyota | WPT-190 |
| 161A0-39025 | Toyota | WPT-191 |
| G9040-33030 | Toyota | WQT-002 |

Aisin Cooling Catalog 2016.pdf at 145 (hereinafter "Aisin Cooling Catalog"), *available at* http://aisinaftermarket.com/FlipBook/CoolingCatalog/mobile/index.html (downloaded Dec. 6, 2016)

The Aisin Pump is marked with the Aisin logo:

U.S. Patent No. 7,685,509. Claim 1

"1. A fluid-cooled electromagnetic field-functioning device comprising:"



20160808_151722.jpg

The Aisin Pump is a water pump and is believed to be installed in the following 2016 Toyota models:

- 2016 Toyota Avalon Hybrid Limited 2.5L L4 - Electric/Gas

U.S. Patent No. 7,685,509: Claim 1

"1. A fluid-cooled electromagnetic field-functioning device comprising:"



See, http://www.toyota.com/avalon/

- 2016 Toyota Camry Hybrid LE 2.5L L4 - Electric/Gas

- 2016 Toyota Camry Hybrid SE 2.5L L4 - Electric/Gas

- 2016 Toyota Camry Hybrid XLE 2.5L L4 - Electric/Gas

U.S. Patent No. 7,689,909. Claim 1

"1. A fluid-cooled electromagnetic field-functioning device comprising:"



See, http://www.toyota.com/camry/

- 2016 Toyota RAV4 LE 2.5L L4 – Gas

- 2016 Toyota RAV4 Limited 2.5L L4 – Gas

- 2016 Toyota RAV4 XLE 2.5L L4 – Gas

- 2016 Toyota RAV4 SE 2.5L L4 – Gas

- 2016 Toyota RAV4 Hybrid XLE 2.5L L4 - Electric/Gas

- 2016 Toyota RAV4 Hybrid Limited 2.5L L4 - Electric/Gas

U.S. Patent No. 7,685,809: Claim 1

"1. A fluid-cooled electromagnetic field-functioning device comprising:"



See, http://www.toyota.com/rav4/

http://parts.olathetoyota.com/oe-toyota/g904033030 (accessed December 12, 2016).

The Aisin Pump is made in Japan:



20160808_151508.jpg

The Aisin Pump is a pump containing a fluid-cooled electric motor, as indicated on the purchase receipt:

U.S. Patent No. 7,683,509: Claim 1

"1. A fluid-cooled electromagnetic field-functioning device comprising:"



20160808_151445.jpg

The Aisin Pump comprises a fluid-cooled electromagnetic field-functioning device. For example, the Aisin Pump contains a fluid pathway for the water that it pumps. The water pumped by the Aisin pump cools the motor. *See, e.g.,* U.S. Pat. No. 7,683,509 at 1:67-2:4 ("Other fluids, and liquids in particular, typically have a high enough heat capacity that they can be used to carry away heat. For example, a water pump driven by a motor uses the water to cool the pump. "):

U.S. Patent No. 7,685,909: Claim 1

"1. A fluid-cooled electromagnetic field-functioning device comprising:"



20160809_101706.jpg

Additionally, the Aisin Pump contains a rotating shaft powered by an electric motor, and an electric input.

U.S. Patent No. 7,683,509. Claim 1

"1. A fluid-cooled electromagnetic field-functioning device comprising:"



20160808_151801.jpg

U.S. Patent No. 7,689,509: Claim 1

"1. A fluid-cooled electromagnetic field-functioning device comprising:"



20160809_101718.jpg

U.S. Patent No. 7,683,509: Claim 1

"1. A fluid-cooled electromagnetic field-functioning device comprising:"



20160809_100116.jpg

By way of further example, the Aisin Pump contains a stator assembly comprising poles with wire windings wrapped around said poles. The windings and poles, combined with the electric input, create a rotating magnetic field containing moving polarities. At least one (permanent) magnet is contained within a rotor, which sits in the middle of the stator assembly. The rotor screws into a molded space in the monolithic body of the motor of the Aisin Pump, such space being located in the middle of the stator assembly. This location situates the magnet in the center of the poles with copper wire windings

Case 2:17-cv-07681-GW-JC   Document 1-26   Filed 10/20/17   Page 13 of 59   Page ID #:762
U.S. Patent No. 7,683,509: Claim 1
"1. A fluid-cooled electromagnetic field-functioning device comprising:"

wrapped around them. The electric input provides a charge to these windings (conductors), which then allows the polarity of the poles to change. The magnet then rotates with the changing polarities of the poles.

Below is a picture of the permanent magnet of the rotor, the magnetic properties of which are displayed by the attraction of a metal object to the magnet:



20160817_115132.jpg

A cross section of the rotor shows the magnet within:

U.S. Patent No. 7,689,509: Claim 1

"1. A fluid-cooled electromagnetic field-functioning device comprising:"



20160817_111712.jpg, 20160817_111855.jpg

Pictured below is the monolithic body of the motor of the Aisin Pump displaying (1) the rotor within a molded space and (2) the rotor removed from the molded space:

U.S. Patent No. 7,689,509: Claim 1

"1. A fluid-cooled electromagnetic field-functioning device comprising:"

Rotor attached to motor in molded space

Molded space, rotor removed




20160809_101659.jpg, 20160809_101718.jpg

Pictured below are the conductors (wire windings) situated around the molded space in which the rotor, containing the at least one magnet, sits:

U.S. Patent No. 7,683,509: Claim 1

"1. A fluid-cooled electromagnetic field-functioning device comprising:"



Molded space for rotor

Conductor (wire winding)

20160817_111906.jpg

| a) at least one electrical conductor; | The Aisin Pump comprises at least one electrical conductor. |
|---|---|
| | As shown in the photo below, the Aisin Pump comprises copper wire windings that function as electrical conductors. |
| |  |
| | 20160817_111906.jpg |

U.S. Patent No. 7,683,509: Claim 1

"b) a monolithic body of injection molded thermoplastic material"

| b) a monolithic body of injection molded thermoplastic material | The Aisin Pump contains a monolithic body of injection molded thermoplastic material.<br><br>The Aisin Pump includes a "PPS – GF 30" label:<br><br> |
| --- | --- |

U.S. Patent No. 7,685,509: Claim 1

"b) a monolithic body of injection molded thermoplastic material"

IMG_9989.JPG

"PPS – GF 30" refers to polyphenylene sulfide with 30% glass fiber filler ("PPS-GF30").  See, e.g., U.S. Patent Publication 2009/0173903 (application No. 12/295,565), at ¶ 0114 ("The abbreviations of the resin names in the tables above are as follows. PPS-GF30: Polyphenylene sulfide resin containing 30 wt % of glass fibers").

PPS-GF30 is a thermoplastic – the excerpt pictured below is a summary of its properties (including the categories of which it is a member, which includes "thermoplastic") from the MatWeb material property database.



http://www.matweb.com/search/DataSheet.aspx?MatGUID=c43bc743bdc0413ead2b87aca2e38a30&ckck=1 (downloaded Dec. 9, 2016).

The "PPS – GF 30" label on the Aisin Pump denotes that the plastic body of the Aisin Pump is made of this type of thermoplastic material.

U.S. Patent No. 7,689,509: Claim 1

"b) a monolithic body of injection molded thermoplastic material"



20160808_101659.jpg

PPS – GF30 is a thermoplastic that is commonly used in injection molding processes to manufacture parts.



The monolithically formed body of the Aisin Pump contains markings that indicate it as manufactured using injection molding.  As shown in the images below, the monolithically formed body of the Aisin Pump shows signs of gates and knockout pins, such markings being associated only with injection molded manufacturing.

U.S. Patent No. 7,689,509: Claim 1

"b) a monolithic body of injection molded thermoplastic material"



20160809_102710.jpg

U.S. Patent No. 7,689,509: Claim 1
"b) a monolithic body of injection molded thermoplastic material"



Knockout Pins

20160808_151740.jpg

U.S. Patent No. 7,689,509. Claim 1

"b) a monolithic body of injection molded thermoplastic material"



20160809_100245.jpg

U.S. Patent No. 7,683,509: Claim 1

"substantially encapsulating the at least one conductor; and"

| substantially encapsulating the at least one conductor; and | The Aisin Pump comprises an injection molded thermoplastic material that substantially encapsulates the at least one conductor.

The image below shows that the thermoplastic material of which the Aisin Pump body is formed (described above) encapsulates the copper wire windings that operate as the at least one conductor.



20160817_105331.jpg |

U.S. Patent No. 7,683,509: Claim 1

"c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway, and"

| c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway, and | The Aisin Pump comprises a non-linear heat transfer fluid pathway in the monolithic body.<br><br>As shown below, the Aisin Pump comprises a curved heat transfer fluid pathway in the monolithic body described above. This pathway contains at least one fluid inlet and at least one fluid outlet for heat transfer fluid.  The fluid inlet allows heat transfer fluid  (water) to enter the fluid pathway and the fluid outlet allows the fluid to exit the pathway, thereby allowing passage of heat transfer fluid through the pathway.<br><br><br><br>20160809_101706.jpg |

U.S. Patent No. 7,685,509. Claim 1

"c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway, and"



20160808_151825.jpg

U.S. Patent No. 7,685,509. Claim 1

"wherein the monolithic body completely covers the exterior of the device except for the at least one fluid inlet and the at least one fluid outlet."

| wherein the monolithic body completely covers the exterior of the device except for the at least one fluid inlet and the at least one fluid outlet. | The Aisin Pump comprises a monolithic body which completely covers the exterior of the device, except for the at least one fluid inlet and the at least one fluid outlet.<br><br>As the pictures below show, the monolithic body of the Aisin Pump completely covers the exterior of the pump, excepting the at least one fluid inlet and the at least one fluid outlet.  The entire exterior of the Aisin Pump is composed of the thermoplastic material described above, and this thermoplastic material encompasses the entire exterior of the pump, excepting the at least one fluid inlet and the at least one fluid outlet.<br><br><br><br>IMG_9989.JPG |

U.S. Patent No. 7,685,509: Claim 1

"wherein the monolithic body completely covers the exterior of the device except for the at least one fluid inlet and the at least one fluid outlet."



IMG_9994 (2).JPG

U.S. Patent No. 7,689,309: Claim 1

"wherein the monolithic body completely covers the exterior of the device except for the at least one fluid inlet and the at least one fluid outlet."



IMG_9996 (2).JPG

U.S. Patent No. 7,685,509: Claim 1

"wherein the monolithic body completely covers the exterior of the device except for the at least one fluid inlet and the at least one fluid outlet."



**Fluid Inlet**

**Fluid Outlet**

20160808_151631.jpg

U.S. Patent No. 7,689,509: Claim 1

"wherein the monolithic body completely covers the exterior of the device except for the at least one fluid inlet and the at least one fluid outlet."



20160808_151740.jpg

U.S. Patent No. 7,689,509: Claim 1

"wherein the monolithic body completely covers the exterior of the device except for the at least one fluid inlet and the at least one fluid outlet."



20160808_152210.jpg

U.S. Patent No. 7,689,569. Claim 2

"2. The electromagnetic field-functioning device of claim 1 wherein the device comprises a pump."

| 2. The electromagnetic field-functioning device of claim 1 wherein the device comprises a pump. | *See* Chart of Claim 1, above. |
|---|---|

Case 2:17-cv-07681-GW-JC   Document 1-26   Filed 10/20/17   Page 35 of 59   Page ID #:784
U.S. Patent No. 7,685,509. Claim 14
"14. A fluid-cooled motor comprising:"

| 14. A fluid-cooled motor comprising: | The Toyota / Aisin Water Pump (the "Aisin Pump") has a Toyota part number G9040-33030 and Aisin part number WQT-002: |
|---|---|



20160808_151508.jpg

| O.E. Part # | Manufacturer | AISIN Part # |
|---|---|---|
| 16120-49046 | Toyota | WPT-065 |
| 16120-49055 | Toyota | WPT-065 |
| 16120-49065 | Toyota | WPT-084 |
| 16120-49080 | Toyota | WPT-084 |
| 161A0-29015 | Toyota | WPT-190 |
| 161A0-39015 | Toyota | WPT-190 |
| 161A0-39025 | Toyota | WPT-191 |
| G9040-33030 | Toyota | WQT-002 |

Aisin Cooling Catalog 2016.pdf at 145 (hereinafter "Aisin Cooling Catalog"), *available at* http://aisinaftermarket.com/FlipBook/CoolingCatalog/mobile/index.html (downloaded Dec. 6, 2016)

The Aisin Pump is marked with the Aisin logo:



20160808_151722.jpg

The Aisin Pump is a water pump and is believed to be installed in the following 2016 Toyota models:

- 2016 Toyota Avalon Hybrid Limited 2.5L L4 - Electric/Gas

- 2016 Toyota Camry Hybrid LE 2.5L L4 - Electric/Gas

- 2016 Toyota Camry Hybrid SE 2.5L L4 - Electric/Gas

- 2016 Toyota Camry Hybrid XLE 2.5L L4 - Electric/Gas

- 2016 Toyota RAV4 LE 2.5L L4 – Gas

- 2016 Toyota RAV4 Limited 2.5L L4 – Gas

- 2016 Toyota RAV4 XLE 2.5L L4 – Gas

- 2016 Toyota RAV4 SE 2.5L L4 – Gas

- 2016 Toyota RAV4 Hybrid XLE 2.5L L4 - Electric/Gas

- 2016 Toyota RAV4 Hybrid Limited 2.5L L4 - Electric/Gas

http://parts.olathetoyota.com/oe-toyota/g904033030 (accessed December 12, 2016).

The Aisin Pump is made in Japan:



20160808_151508.jpg

The Aisin Pump is a pump containing a fluid-cooled electric motor, as shown below on the purchase receipt:

U.S. Patent No. 7,685,509: Claim 14

"14. A fluid-cooled motor comprising:"



20160808_151445.jpg

The Aisin Pump also contains a heat transfer fluid pathway to conduct fluid that cools the motor:

U.S. Patent No. 7,685,509. Claim 14

"14. A fluid-cooled motor comprising:"



20160809_101706.jpg

Additionally, the Aisin Pump contains a rotating shaft powered by an electric motor, and an electric input.

U.S. Patent No. 7,685,509. Claim 14

"14. A fluid-cooled motor comprising:"



20160808_151801.jpg

U.S. Patent No. 7,685,509. Claim 14

"14. A fluid-cooled motor comprising:"



20160809_101718.jpg

U.S. Patent No. 7,683,509: Claim 14

"14. A fluid-cooled motor comprising:"



20160809_100116.jpg

By way of further example, the Aisin Pump contains a stator assembly comprising poles with wire windings wrapped around said poles.  The windings and poles, combined with the electric input, create a rotating magnetic field containing moving polarities.  At least one (permanent) magnet is contained within a rotor, which sits in the middle of the stator assembly.  The rotor screws into a molded space in the monolithic body of the motor of the Aisin Pump, such space being located in the middle of the stator assembly.  This location situates the magnet in the center of the poles with copper wire windings

wrapped around them. The electric input provides a charge to these windings (conductors), which then allows the polarity of the poles to change. The magnet then rotates with the changing polarities of the poles.

Below is a picture of the permanent magnet of the rotor, the magnetic properties of which are displayed by the attraction of a metal object to the magnet:



20160817_115132.jpg

Pictured below is a cross section of the rotor shows the magnet within:

Case 2:17-cv-07681-GW-JC    Document 1-26    Filed 10/20/17    Page 44 of 59    Page ID #:793
U.S. Patent No. 7,685,509. Claim 14
"14. A fluid-cooled motor comprising:"



20160817_111712.jpg, 20160817_111855.jpg

Pictured below is the monolithic body of the motor of the Aisin Pump displaying (1) the rotor within a molded space and (2) removed from the molded space;

"14. A fluid-cooled motor comprising:"


Rotor attached to motor in molded space


Molded space, rotor removed

20160809_101659.jpg, 20160809_101718.jpg

Conductors (wire windings) situated around the molded space in which the rotor, containing the at least one magnet, sits:



20160817_111906.jpg

U.S. Patent No. 7,683,509. Claim 14

"a) at least one electrical conductor;"

| a) at least one electrical conductor; | The Aisin Pump comprises at least one electrical conductor.<br><br>As shown in the photo below, the Aisin Pump comprises copper wire windings that function as electrical conductors.<br><br><br><br>20160817_111906.jpg |
|---|---|

Case 2:17-cv-07681-GW-JC   Document 1-26   Filed 10/20/17   Page 48 of 59   Page ID #:797
U.S. Patent No. 7,683,509: Claim 14
"b) a monolithic body of injection molded thermoplastic material"

| b) a monolithic body of injection molded thermoplastic material | The Aisin Pump contains a monolithic body of injection molded thermoplastic material.<br><br>The Aisin Pump includes a "PPS – GF 30" label:<br><br> |

Case 2:17-cv-07681-GW-JC   Document 1-26   Filed 10/20/17   Page 49 of 59   Page ID #:798
U.S. Patent No. 7,685,509: Claim 14
"b) a monolithic body of injection molded thermoplastic material"

IMG_9989.JPG

"PPS – GF 30" refers to polyphenylene sulfide with 30% glass fiber filler ("PPS-GF30"). See, e.g., U.S. Patent Publication 2009/0173903 (application No. 12/295,565), at ¶ 0114 ("The abbreviations of the resin names in the tables above are as follows. PPS-GF30: Polyphenylene sulfide resin containing 30 wt % of glass fibers").

PPS-GF30 is a thermoplastic – the excerpt pictured below is a summary of its properties (including the categories of which it is a member, which includes "thermoplastic") from the MatWeb material property database.



http://www.matweb.com/search/DataSheet.aspx?MatGUID=c43bc743bdc0413ead2b87aca2e38a30&ckck=1 (downloaded Dec. 9, 2016)

The "PPS – GF 30" label on the Aisin Pump denotes that the plastic body of the Aisin Pump is made of this type of thermoplastic material.

U.S. Patent No. 7,685,509: Claim 14

"b) a monolithic body of injection molded thermoplastic material"



Body of Thermoplastic Material

20160808_101659.jpg

PPS – GF30 is a thermoplastic that is commonly used in injection molding processes to manufacture parts.

U.S. Patent No. 7,685,509. Claim 14

"b) a monolithic body of injection molded thermoplastic material"



<https://plastics.ulprospector.com/generics/41/polyphenylene-sulfide-pps> (accessed Dec. 15, 2016).

The monolithically formed body of the Aisin Pump contains markings that indicate it as manufactured using injection molding. As shown in the images below, the monolithically formed body of the Aisin Pump shows signs of gates and knockout pins, such markings being associated only with injection molded manufacturing.

U.S. Patent No. 7,685,509. Claim 14

"b) a monolithic body of injection molded thermoplastic material"



20160809_102710.jpg

U.S. Patent No. 7,685,509. Claim 14

"b) a monolithic body of injection molded thermoplastic material"



Knockout Pins

20160808_151740.jpg

U.S. Patent No. 7,685,509. Claim 14

"b) a monolithic body of injection molded thermoplastic material"



20160809_100245.jpg

| substantially encapsulating the at least one conductor; and | The Aisni Pump comprises an injection molded thermoplastic material that substantially encapsulates the at least one conductor. |
|---|---|

The image below shows that the thermoplastic material of which the Aisin Pump body is formed (described above) encapsulates the copper wire windings that operate as the at least one conductor.



20160817_105331.jpg

U.S. Patent No. 7,685,509, Claim 14

"c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway,"

| | |
|---|---|
| c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway, | The Aisin Pump comprises a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway.<br><br>As shown below, the Aisin Pump comprises a curved heat transfer fluid pathway in the monolithic body described above. This pathway contains at least one fluid inlet and at least one fluid outlet for heat transfer fluid.  The fluid inlet allows heat transfer fluid (e.g., air, water) to enter the fluid pathway and the fluid outlet allows the fluid to exit the pathway, thereby allowing passage of heat transfer fluid through the pathway.<br><br> |

"c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway,"

20160809_101706.jpg



20160808_151825.jpg

U.S. Patent No. 7,685,509: Claim 14

"wherein the monolithic body of injection molded thermoplastic material substantially encapsulates a stator of the motor."

| wherein the monolithic body of injection molded thermoplastic material substantially encapsulates a stator of the motor. | The monolithic body of injection molded thermoplastic material of the Aisin Pump substantially encapsulates a stator of the motor.<br><br>As the images below show, the stator of the Aisin Pump is encapsulated by the injection molded thermoplastic material of the body of the motor.<br><br><br><br>20160817_110225.jpg |

U.S. Patent No. 7,683,509: Claim 14

"wherein the monolithic body of injection molded thermoplastic material substantially encapsulates a stator of the motor."

| | |
|---|---|
| 15. A pump comprising the motor of claim 14. | *See* Chart of Claim 14, above. |