# EXHIBIT 28

# U.S. Patent No. 7,683,509

Claims 14 and 15

Toyota / Aisin Pump

Toyota P/N 161A0-29015

| 14. A fluid-cooled motor comprising: | The Toyota / Aisin Water Pump (the "Aisin Pump") has a Toyota part number 161A0-29015 and Aisin part number WPT-191:  20160808_084936.jpg |
| --- | --- |

U.S. Patent No. 7,683,509. Claim 14

"14. A fluid-cooled motor comprising:"

## Water Pump OEM Interchange

| O.E. Part # | Manufacturer | AISIN Part # | O.E. Part # | Manufacturer | AISIN Part # |
|---|---|---|---|---|---|
| 16120-49046 | Toyota | WPT-065 | 272476 | Volvo | WPV-803 |
| 16120-49055 | Toyota | WPT-065 | 272476-0 | Volvo | WPV-800 |
| 16120-49065 | Toyota | WPT-084 | 272476-3 | Volvo | WPV-803 |
| 16120-49080 | Toyota | WPT-084 | 272481 | Volvo | WPV-802 |
| 161A0-29015 | Toyota | WPT-190 | 272481-0 | Volvo | WPV-802 |
| 161A0-39015 | Toyota | WPT-190 | 274216-0 | Volvo | WPV-804 |
| 161A0-39025 | Toyota | WPT-191 | 30650751-0 | Volvo | WPV-800 |

Aisin Cooling Catalog 2016.pdf at 145 (hereinafter "Aisin Cooling Catalog"), *available at* http://aisinaftermarket.com/FlipBook/CoolingCatalog/mobile/index.html (downloaded Oct. 5, 2016)

The Aisin Pump is marked with both the Toyota and Aisin logos:

U.S. Patent No. 7,683,509. Claim 14

"14. A fluid-cooled motor comprising:"



IMG_1695.JPG

U.S. Patent No. 7,683,509: Claim 14

"14. A fluid-cooled motor comprising:"



IMG_1695.JPG

The Aisin Pump is believed to be installed in the following 2016 Toyota models:

- Toyota Prius C Persona Series 1.5L L4 – Electric/Gas

- Toyota Prius C Four 1.5L L4 – Electric/Gas

- Toyota Prius C Two 1.5L L4 – Electric/Gas

- Toyota Prius C Three 1.5L L4 – Electric/Gas

- Toyota Prius C One 1.5L L4 – Electric/Gas

- Toyota Prius V Five 1.8L L4 – Electric/Gas

- Toyota Prius V Two 1.8L L4 – Electric/Gas

- Toyota Prius V Four 1.8L L4 – Electric/Gas

U.S. Patent No. 7,683,509: Claim 14

"14. A fluid-cooled motor comprising:"

- Toyota Prius V Three 1.8L L4 – Electric/Gas



See,  http://www.toyota.com/prius/

http://parts.olathetoyota.com/oe-toyota/161a029015  (accessed January  12, 2016).

The Aisin Pump is made in Japan:



IMG_1696.JPG

The Aisin Pump is a water pump containing an electric motor, as indicated on the purchase receipt:



*Kenny Thomas'*

# OLATHE TOYOTA

685 N. Rawhide
Olathe, Kansas 66061
Tollfree: (866) 596-1970 · Phone (913) 780-9919 · Wholesale Parts (913) 782-1370 · Fax (913) 780-5062
E-mail: parts@olathetoyota.com · Web: www.olathetoyota.com
ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS INVOICE.
NO RETURNS ON ELECTRICAL OR SPECIAL ORDER PARTS.
NO RETURNS AFTER 30 DAYS. 20% RE-STOCK CHARGE ON ALL RETURNED PARTS.

**DISCLAIMER OF WARRANTIES**
All expressed warranties, if any, by a Manufacturer or supplier other than the Dealer are theirs, unless otherwise provided in writing on the
face of this order or in a separate writing furnished to Customer by Dealer.
**ALL PARTS INSTALLED ARE NEW UNLESS SPECIFIED OTHERWISE AS BEING USED OR REMANUFACTURED.**

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 02 DEC 16 | 28023 | 02 DEC 16 | 02 DEC 16 | 645567 |

**\*\*PREPAID\*\***

SOLD TO:
ACCOUNT NO. P66
GRIFF NEAL
707 S. VERMONT ST
PALATINE, IL 60067

SHIP TO:
GRIFF NEAL
707 S. VERMONT ST
PALATINE, IL 60067

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| FEDX HOME (W/ | 468 | (415)902-6600 | | OLATHE, KS |

| ORD. | SHIP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 80960-0E070 | 0 MOTOR | 456.26 | 456.26 | 456.26 |
| | | | *** ABOVE PART IS PREPAID *** | | | | |
| 1 | 1 | 1 | 80960-52090 | 0 MOTOR | 389.06 | 291.79 | 291.79 |
| | | | *** ABOVE PART IS PREPAID *** | | | | |
| 1 | 1 | 0 | 161A0-29015 | 16203 1 PUMP | 433.03 | 433.03 | 433.03 |
| 1 | | 1 | G9040-47040 | 0 PUMP | 171.77 | 171.77 | 171.77 |
| | | | *** ABOVE PART IS PREPAID *** | | | | |
| 1 | 1 | 1 | G9040-52010 | 11504 0 PUMP | 171.77 | 171.77 | 171.77 |
| | | | *** ABOVE PART IS PREPAID *** | | | | |
| | | | FREIGHT | 21.65 | | | |
| | | | The following parts have been special ordered: | | | | |
| | | 1 | 80960-0E070 | MOTOR ASSY | | | |
| | | 1 | 80960-52090 | MOTOR ASSY | | | |
| | | 1 | G9040-47040 | PUMP ASSY, | | | |
| | | 1 | G9040-52010 | PUMP ASSY, | | | |

*[Handwritten notes: Spoke w/ William returned for 456.26 credit. 685 N Rawhide 934 0 W+]*

CCF_000055.pdf

The Aisin Pump comprises a fluid-cooled electromagnetic field-functioning device.  For example, the Aisin Pump contains a

U.S. Patent No. 7,683,509. Claim 14

"14. A fluid-cooled motor comprising:"

fluid pathway to conduct water. The water pumped by the Aisin Pump cools the motor. See, e.g., U.S. Pat. No, 7,683,509 at 1:67-2:4 ("Other fluids, and liquids in particular, typically have a high enough heat capacity that they can be used to carry away heat. For example, a water pump driven by a motor uses the water to cool the pump. "):



Fluid pathway

IMG_1697.JPG

Additionally, the Aisin Pump contains a rotor as part an electric motor, and an electric input.

U.S. Patent No. 7,685,509. Claim 14

"14. A fluid-cooled motor comprising:"



IMG_1711.jpg

U.S. Patent No. 7,685,509. Claim 14
"a) at least one electrical conductor;"

| a) at least one electrical conductor; | The Aisin Pump comprises at least one electrical conductor.<br><br>For example, as shown in the photo below, the Aisin Pump comprises wire windings that function as electrical conductors.<br><br><br><br>IMG_1840.JPG |

U.S. Patent No. 7,685,509. Claim 14
"a) at least one electrical conductor;"



IMG_1885.JPG

"b) a monolithic body of injection molded thermoplastic material"

| b) a monolithic body of injection molded thermoplastic material | The Aisin Pump contains a monolithic body of injection molded thermoplastic material. |
|---|---|

The Aisin Pump comprises a monolithic body that includes a "PPS + I – GF 30" label:



IMG_1710.JPG

Upon information and belief, the label "PPS + I – GF 30" refers to a blend of polyphenylene sulfide and an imide compound with 30% glass fiber filler, with a greater proportion of polyphenylene sulfide than of the imide compound as indicated by the order "PPS + I" rather than "I + PPS." Upon information and belief, imide compounds may be thermoplastic or thermoset compounds and polyphenylene sulfide is a thermoplastic compound.

The portion of the body composed of polyphenylene sulfide with 30% glass fiber filler, often identified with the label "PPS – GF 30" is a known thermoplastic. *See, e.g.*, U.S. Patent Publication 2009/0173903 (application No. 12/295,565), at ¶ 0114 ("The abbreviations of the resin names in the tables above are as follows. PPS-GF30: Polyphenylene sulfide resin containing

30 wt % of glass fibers").

PPS – GF 30 is a thermoplastic – the excerpt pictured below is a summary of its properties (including the categories of which it is a member, which includes "thermoplastic") from the MatWeb database of material property data.



http://www.matweb.com/search/DataSheet.aspx?MatGUID=c43bc743bdc0413ead2b87aca2e38a30&ckck=1 (downloaded Dec. 9, 2016).

PPS – GF 30 is a thermoplastic that is commonly used in injection molding processes to manufacture parts.



https://plastics.ulprospector.com/generics/41/polyphenylene-sulfide-pps (accessed Dec. 15, 2016).

The monolithically formed body of the motor of the Aisin Pump contains markings that indicate it as manufactured using injection molding.  For example, as shown in the images below, the monolithically formed body of the Aisin Pump shows signs of gates and knockout pins, such markings being associated only with injection molded manufacturing.

U.S. Patent No. 7,685,509. Claim 14

"b) a monolithic body of injection molded thermoplastic material"



IMG_1744.JPG

U.S. Patent No. 7,685,509. Claim 14

"b) a monolithic body of injection molded thermoplastic material"



IMG_1711.JPG

| substantially encapsulating the at least one conductor; and | The Aisin Pump comprises an injection molded thermoplastic material that substantially encapsulates the at least one conductor. |
|---|---|

As shown in the images below, the thermoplastic material of which the Aisin Pump's body is formed, as described above, encapsulates the copper wire windings that operate as the at least one conductor.



IMG_1838.JPG

U.S. Patent No. 7,685,509. Claim 14

"substantially encapsulating the at least one conductor; and"



IMG_1885.JPG

"c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway,"

| c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway, | The Aisin Pump comprises a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway.<br><br>As shown below, the Aisin Pump comprises a curved heat transfer fluid pathway in the monolithic body described above. This pathway contains at least one fluid inlet and at least one fluid outlet for heat transfer fluid. The fluid inlet allows heat transfer fluid (water) to enter the fluid pathway and the fluid outlet allows the fluid to exit the pathway, thereby allowing passage of heat transfer fluid through the pathway.<br><br><br><br>IMG_1697.jpg |

U.S. Patent No. 7,685,509: Claim 14

"c) a non-linear heat transfer fluid pathway in the monolithic body, with at least one fluid inlet and at least one fluid outlet to said pathway to allow for passage of heat transfer fluid through the pathway,"

| | |
|---|---|
| | As shown in the images below, the Aisin Pump contains at least one fluid inlet and at least one fluid outlet to the heat transfer fluid pathway in the monolithic body of the Aisin Pump.  The fluid inlet allows heat transfer fluid (e.g., water) to enter the fluid pathway and the fluid outlet allows the fluid to exit the pathway, thereby allowing passage of heat transfer fluid through the pathway. <br><br>  <br><br> IMG_1697.JPG |

"wherein the monolithic body of injection molded thermoplastic material substantially encapsulates a stator of the motor."

| | |
|---|---|
| wherein the monolithic body of injection molded thermoplastic material substantially encapsulates a stator of the motor. | The monolithic body of injection molded thermoplastic material of the Aisin Pump substantially encapsulates a stator of the motor. <br><br> For example, as the images below show, the stator of the Aisin Pump is encapsulated by the injection molded thermoplastic material of the body of the motor. <br><br>  <br><br> IMG_1885.JPG |

U.S. Patent No. 7,685,509. Claim 14

"wherein the monolithic body of injection molded thermoplastic material substantially encapsulates a stator of the motor."



IMG_1838.JPG

| 15. A pump comprising the motor of claim 14. | The Aisin Pump is a pump comprising the motor of claim 14. |
|---|---|
| | *See* Chart of Claim 14, above. |
| | The Aisin Pump is a water pump, as indicated on the purchase receipt and in the Aisin Cooling Catalog: |
| |  |
| | CCF_000055.pdf |

# Water Pump OEM Interchange

| O.E. Part # | Manufacturer | AISIN Part # | O.E. Part # | Manufacturer | AISIN Part # |
|---|---|---|---|---|---|
| 16120-49046 | Toyota | WPT-065 | 272476 | Volvo | WPV-803 |
| 16120-49055 | Toyota | WPT-065 | 272476-0 | Volvo | WPV-800 |
| 16120-49065 | Toyota | WPT-084 | 272476-3 | Volvo | WPV-803 |
| 16120-49080 | Toyota | WPT-084 | 272481 | Volvo | WPV-802 |
| 161A0-29015 | Toyota | WPT-190 | 272481-0 | Volvo | WPV-802 |
| 161A0-39015 | Toyota | WPT-190 | 274216-0 | Volvo | WPV-804 |
| 161A0-39025 | Toyota | WPT-191 | 30650751-0 | Volvo | WPV-800 |

Aisin Cooling Catalog 2016.pdf at 145 (hereinafter "Aisin Cooling Catalog"), *available at* http://aisinaftermarket.com/FlipBook/CoolingCatalog/mobile/index.html (downloaded Oct. 5, 2016)