| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Nada I. Shamonki, Esq. (SBN: 205359)<br>MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO P.C.<br>2029 Century Park East, Suite 1370<br>Los Angeles, California 90067<br>Phone: 310-586-3200; Fax: 310-586-3202<br>nshamonki@mintz.com<br><br>ATTORNEY(S) FOR: Plaintiff Intellectual Ventures II LLC | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>                                                            Plaintiff(s),<br>                              v.<br>TOYOTA MOTOR CORPORATION; TOYOTA MOTOR NORTH AMERICA, INC.; TOYOTA MOTOR SALES, U.S.A., INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; TOYOTA MOTOR MANUFACTURING, INDIANA, INC.; AND TOYOTA MOTOR MANUFACTURING KENTUCKY, INC.,<br>                                                            Defendant(s). | CASE NUMBER:<br>2:17-cv-7681<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff Intellectual Ventures II LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Intellectual Ventures II LLC | Plaintiff |
| Invention Investment Fund II, LLC | Plaintiff's parent company |
| Toyota Motor Corporation | Defendant |
| Toyota Motor North America, Inc. | Defendant |
| Toyota Motor Sales, U.S.A., Inc. | Defendant |
| Toyota Motor Engineering & Manufacturing North America, Inc. | Defendant |
| Toyota Motor Manufacturing, Indiana, Inc. | Defendant |
| Toyota Motor Manufacturing Kentucky, Inc. | Defendant |

October 20, 2017
Date

Signature
Nada I. Shamonki

Attorney of record for (or name of party appearing in pro per):

Plaintiff INTELLECTUAL VENTURES II LLC

CV-30 (05/13)          NOTICE OF INTERESTED PARTIES          American LegalNet, Inc.
                                                             www.FormsWorkFlow.com