Nada I. Shamonki (SBN 205359)
nshamonki@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Telephone:   310-586-3200
Facsimile:   310-586-3202

Attorneys for Plaintiff
Intellectual Ventures II LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, | Case No. 2:17-cv-7681 |
| Plaintiff, | |
| v. | **PLAINTIFF INTELLECTUAL VENTURES II LLC'S CORPORATE DISCLOSURE STATEMENT** |
| TOYOTA MOTOR CORPORATION; TOYOTA MOTOR NORTH AMERICA, INC.; TOYOTA MOTOR SALES, U.S.A., INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; TOYOTA MOTOR MANUFACTURING, INDIANA, INC.; AND TOYOTA MOTOR MANUFACTURING KENTUCKY, INC., | |
| Defendants. | |

- 1 -

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Intellectual Ventures II LLC discloses that it is an indirect, wholly owned subsidiary of Invention Investment Fund II, LLC; Intellectual Ventures II LLC does not issue stock.

Dated: October 20, 2017

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

By: *Nada Shamonki*
Nada I. Shamonki

*Attorneys for Plaintiff*
*Intellectual Ventures II LLC*