# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Intellectual Ventures II, LLC, | | CASE NUMBER |
| | PLAINTIFF(S) | 2:17-cv-07681-PA-JC |
| v. | | |
| Toyota Motor Corporation, et al., | | **ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM** |
| | DEFENDANT(S). | |

IT IS HEREBY ORDERED that the above-entitled case be transferred to the Patent Pilot Program pursuant to General Order 11-11 for all further proceedings.

October 24, 2017
Date

_____
United States District Judge / Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge **George H. Wu** for all further proceedings. On all documents subsequently filed in this case, please substitute the initials **GW** after the case number, so that the case number will read **2:17-cv-07681 GW(JCx)**. This is very important because documents are routed to the assigned judge by means of these initials.

cc: ☐ *Previous Judge*