| | |
|---|---|
| 1 | Eric T. Syu (CA Bar No. 303857) |
| 2 | GIBSON, DUNN & CRUTCHER LLP |
|   | 3161 Michelson Drive |
| 3 | Irvine, CA 92612-4412 |
| 4 | 949-451-3800 |
|   | esyu@gibsondunn.com |
| 5 | |
| 6 | *Attorneys for Specially Appearing* |
|   | *Defendants Toyota Motor North America,* |
| 7 | *Inc., Toyota Motor Sales, U.S.A., Inc.,* |
| 8 | *Toyota Motor Engineering & Manufacturing* |
|   | *North America, Inc., Toyota Motor* |
| 9 | *Manufacturing, Indiana, Inc., and Toyota* |
| 10 | *Motor Manufacturing, Kentucky, Inc.* |
| 11 | Nada I. Shamonki (CA Bar No. 205359) |
| 12 | Mintz Levin Cohn Ferris Glovsky and Popeo, PC |
|   | 2029 Century Park East Suite 1370 |
| 13 | Los Angeles, CA 90067 |
| 14 | 310-586-3200 |
|   | nshamonki@mintz.com |
| 15 | |
| 16 | *Attorneys for Plaintiff* |
|   | *Intellectual Ventures II LLC* |
| 17 | |

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, | Case No. 2:17-cv-7681-GW-JC |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| v. | **NOTICE OF LODGING OF [PROPOSED] ORDER REGARDING JOINT STIPULATION AND ORDER TO STAY PENDING RESOLUTION OF PARALLEL ITC PROCEEDINGS (DKT. 12)** |
| TOYOTA MOTOR CORPORATION, et al. | |
| Defendants. | |

Pursuant to Local Rule 5-4.4, Plaintiff and Specially Appearing Defendants lodge the attached [Proposed] Order as Exhibit 1 granting the Joint Stipulation and Order to Stay Pending Resolution of Parallel ITC Proceedings (Dkt. 12). The [Proposed] Order filed as Dkt. 12-2 was filed in error.

Dated: November 15, 2017

| /s/ Nada I. Shamonki | /s/ Eric T. Syu |
|---|---|
| Nada I. Shamonki (CA Bar No. 205359)<br>Mintz Levin Cohn Ferris Glovsky and Popeo, PC<br>2029 Century Park East Suite 1370<br>Los Angeles, CA 90067<br>310-586-3200<br>nshamonki@mintz.com<br><br>*Attorneys for Plaintiff Intellectual Ventures II LLC* | Eric T. Syu (CA Bar No. 303857)<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>949-451-3800<br>esyu@gibsondunn.com<br><br>*Attorneys for Specially Appearing Defendants Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Manufacturing, Indiana, Inc., and Toyota Motor Manufacturing, Kentucky, Inc.* |