# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, et al.<br><br>Defendants. | Case No. 2:17-cv-7681-GW-JC<br><br>**[PROPOSED] ORDER STAYING ACTION PENDING RESOLUTION OF PARALLEL ITC PROCEEDINGS** |

In light of the Joint Stipulation and Order to Stay Pending Resolution of Parallel ITC Proceedings filed by Plaintiff Intellectual Ventures II LLC and Specially Appearing Defendants Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing, North America, Inc., Toyota Motor Manufacturing, Indiana, Inc., and Toyota Motor Manufacturing, Kentucky, Inc., the above-captioned action is hereby STAYED pursuant to 28 U.S.C. § 1659(a) until 30 days after such time as the United States International Trade Commission's determination in the Section 337 investigation titled *In the Matter of Certain Thermoplastic-Encapsulated Electric Motors, Components Thereof, and Products and Vehicles Containing Same II*, Inv. No 337-TA-1073, becomes final.

IT IS SO ORDERED.