Eric T. Syu (CA Bar No. 303857)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
949-451-3800
esyu@gibsondunn.com

*Attorneys for Specially Appearing Defendants Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Manufacturing, Indiana, Inc., and Toyota Motor Manufacturing, Kentucky, Inc.*

Nada I. Shamonki (CA Bar No. 205359)
Mintz Levin Cohn Ferris Glovsky and Popeo, PC
2029 Century Park East Suite 1370
Los Angeles, CA 90067
310-586-3200
nshamonki@mintz.com

*Attorneys for Plaintiff Intellectual Ventures II LLC*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>          Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, et al.<br><br>          Defendants. | Case No. 2:17-cv-7681-GW-JC<br><br>**NOTICE OF ERRATA** |

1

Case No. 2:17-cv-7681-GW-JC

1    On November 14, 2017, Plaintiff and Specially Appearing Defendants filed a
2  Joint Stipulation and Order to Stay Pending Resolution of Parallel ITC
3  Proceedings as Dkt. 12 ("Stipulation").  The [Proposed] Order attached to the
4  Stipulation as Dkt 12-2 inadvertently omitted language from the Stipulation.  A
5  revised [Proposed] Order is being filed concurrently with this Notice.

7  Dated:  November 15, 2017

8  /s/ Nada I. Shamonki                   /s/ Eric T. Syu

Nada I. Shamonki (CA Bar No. 205359)        Eric T. Syu (CA Bar No. 303857)
Mintz Levin Cohn Ferris Glovsky and         GIBSON, DUNN & CRUTCHER LLP
Popeo, PC                                   3161 Michelson Drive
2029 Century Park East Suite 1370           Irvine, CA 92612-4412
Los Angeles, CA 90067                       949-451-3800
310-586-3200                                esyu@gibsondunn.com
nshamonki@mintz.com

*Attorneys for Plaintiff*                   *Attorneys for Specially Appearing*
*Intellectual Ventures II LLC*              *Defendants Toyota Motor North*
                                            *America, Inc., Toyota Motor Sales,*
                                            *U.S.A., Inc., Toyota Motor Engineering*
                                            *& Manufacturing North America, Inc.,*
                                            *Toyota Motor Manufacturing, Indiana,*
                                            *Inc., and Toyota Motor Manufacturing,*
                                            *Kentucky, Inc.*