MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Nada I. Shamonki (SBN 205359)
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202
nshamonki@mintz.com

Attorneys for Plaintiff
Intellectual Ventures II LLC

GIBSON, DUNN & CRUTCHER LLP
Eric T. Syu (SBN 303857)
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949-451-3800
Facsimile: 949-451-4220
esyu@gibsondunn.com

Attorneys for Specially Appearing Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>TOYOTA MOTOR CORPORATION, et al.<br><br>　　　　　Defendants. | Case No. CV 17-7681-GW-JCx<br><br>**ORDER REGARDING STATUS CONFERENCE**<br><br>Status Conference:<br>Date: April 18, 2019<br>Time: 8:30 a.m.<br>Ctrm: 9D<br>Judge: Hon. George H. Wu |

1

1 | Before this Court is the Joint Status Report Regarding Progress of International Trade Commission Investigation N. 337-TA-1073 and Request/Stipulation to Continue Status Conference requested by Plaintiff Intellectual Ventures II LLC ("Intellectual Ventures") and Defendants Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing, North America, Inc., Toyota Motor Manufacturing, Indiana, Inc., and Toyota Motor Manufacturing, Kentucky, Inc. (collectively, "Toyota").

The Stipulated Request to continue the April 18, 2019 status conference is GRANTED. The Status Conference is rescheduled to after May 20, 2019, to the following date: May 23, 2019 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: April 15, 2019

_____
Hon. George H. Wu
United States District Judge