# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-7681-GW(JCx) | Date | May 23, 2019 |
|---|---|---|---|
| Title | *Intellectual Ventures II LLC, v. Toyota Motor Corporation., et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nada I. Shamonki | Eric T. Sy |
| Drew Devoogd | James Barney |

**PROCEEDINGS:**    **TELEPHONIC STATUS CONFERENCE**

Court and counsel confer. The Court will stay this matter pending the International Trade Commission Investigation decision. The status conference is continued to August 19, 2019 at 8:30 a.m., with a joint status report to be filed by noon on August 16, 2019.

|  | : | 03 |
|---|---|---|
| Initials of Preparer | JG | |