MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Nada I. Shamonki (SBN 205359)
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone:  310-586-3200
Facsimile:   310-586-3202
nshamonki@mintz.com

Attorneys for Plaintiff
Intellectual Ventures II LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>        Plaintiff,<br><br>             v.<br><br>TOYOTA MOTOR CORPORATION, et al.<br><br>        Defendants. | Case No. CV 17-7681-GW-JC |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action. Defendants have not yet answered the Complaint, nor filed a motion for summary judgment.

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | Dated: July 13, 2020 | | Respectfully submitted, |
| 3 | | | |
| 4 | | | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |
| 5 | | | |
| 6 | | By: | /s/ Nada I. Shamonki |
| 7 | | | Nada I. Shamonki |
| 8 | | | Attorneys for Plaintiff Intellectual Ventures II LLC |

# CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020, I electronically filed the foregoing document with the Clerk of Court using the ECF System, which will send notification of such filing to the attorneys of record.

Dated: July 13, 2020                    Respectfully submitted,

                                                     MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

By:  /s/ Nada I. Shamonki
      Nada I. Shamonki
      Attorneys for Plaintiff
      Intellectual Ventures II LLC